JAN 23 2025 PM 1:01
FILED - USDC - DPT - T

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

LAGUERRE LENSENDRO

V

TRANSUNION LLC

### I.    Introduction

1. I, Laguerre Lensendro, Plaintiff in this action bring suit against Defendant TransUnion LLC, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. seeking redress for Defendant's failure to comply with its statutory duties under the FCRA, which resulted in harm to me, as more fully set forth below.

### II.    Parties

2. I am a natural person residing in Norwalk, Connecticut, and I am a "consumer" as defined by 15 U.S.C. § 1681a(c).

3. Defendant, TransUnion LLC headquartered at 555 W. Adams St, Chicago, IL 60661, is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f). Defendant is a person which regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of

furnishing consumer reports to third parties. At all times material to this Complaint,

Transunion transacted business in this district and nationwide

### III.    Jurisdiction and Venue

4. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1681p

   which allows for actions to enforce liability be brought in U.S District Court.

5.  Venue is proper in this district because the events giving rise to this claim occurred in the

   District of Connecticut. I reside in this district, and Defendant conducts business within

   this district.

### IV.    Background

6. The Fair Credit Reporting Act (FCRA) imposes various obligations on consumer

   reporting agencies (CRAs), such as TransUnion, to ensure the accuracy and reliability of

   consumer information contained in their files. These obligations are critical for protecting

   consumers from inaccurate credit reporting, which can negatively affect creditworthiness,

   employment opportunities, and financial stability.

7. Under the FCRA, when a consumer disputes the completeness or accuracy of any item in

   their file, the CRA must conduct a reasonable reinvestigation to determine whether the

   disputed information is accurate. [15 U.S.C. § 1681i(a)(1)(A).]

8. Within five business days of receiving the dispute, the CRA must notify the furnisher of

   the disputed information. This notification must include all relevant details provided by

the consumer regarding the dispute. A furnisher is an entity such as a bank, credit card issuer, or debt collector that supplies information about consumers to the CRA. [15 U.S.C. § 1681i(a)(2)(A).]

9. The CRA must complete its reinvestigation within 30 days of receiving the dispute unless an extension is granted. If the CRA cannot verify the accuracy of the disputed information, it must delete or correct the information. [15 U.S.C. § 1681i(a)(1)(A), (a)(5).] Following the reinvestigation, the CRA must provide the consumer with written notice of the results no later than five business days after its completion. This notice must include whether any information was deleted or modified, and any additional information required by law. [15 U.S.C. § 1681i(a)(6)(A).]

10. The FCRA also obligates CRAs to adopt and implement reasonable procedures to ensure the maximum possible accuracy of consumer information. [15 U.S.C. § 1681e(b).] Despite this obligation, TransUnion reports multiple persistent inaccuracies in my file, which I disputed on December 5, 2023. These inaccuracies, detailed in Exhibit 3, remained unresolved as of January 2025, raising great concerns about whether TransUnion's procedures were adequate to ensure maximum accuracy in my case.

11. TransUnion also failed to conduct a reasonable reinvestigation of the disputed items or to correct or delete the inaccurate and incomplete information, as required by the FCRA.

V.    **Statement of Facts**

12. On December 5, 2023, I sent a written dispute to TransUnion highlighting specific discrepancies within multiple accounts.

13. My dispute letter identified and numbered each discrepancy, which pertained to TransUnion's reporting. These discrepancies are outlined in Exhibit 1, Items 9-479.

14. Among the inaccuracies specifically highlighted in the letter sent to TransUnion were the following accounts:

    a.   Capital One Account: Reported as account number 40034488967

    b.   Discover Bank Account: Reported as account number 60110100-328

    c.   Bank of America Account 1: Reported as account number 6501005814

    d.   Bank of America Account 2: Reported as account number 5524-3328-4103

    e.   American Express Account: Reported as account number 34999-292-2041

15. On ~~01/06/2025~~ [handwritten: 01-6-25] I pulled another report, and the issues raised in my original correspondence to TransUnion from 12/05/2023 were still prevalent in the file more than a year later.

16. The items within the accounts that were previously disputed were not fixed nor deleted and remained.

17. American Express [34999-292-2041] balance section from December of 2021 to April of 2023 contains no substantive data regarding the account balance. Instead of reporting a numerical balance, TransUnion has listed dash marks ("---"). [Please see exhibit 3, pg. 8 items 10-15, pg. 9 items 46-51, pg.10 items 78-82]

18. These discrepancies mentioned in line 17 were specifically disputed in my letter with TransUnion on December 5, 2023, as evidenced by lines 17 to 33 of the dispute outlined

in Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

19. The past due section from the month of December 2021 to April of 2023 contains no substantive data regarding the amount past due. Instead of reporting a numerical balance, TransUnion has listed three dash marks ("---")   [Please see exhibit 3, pg. 8 items 22-27, pg. 9 items 54-59, pg. 10 items 90-94]

20. These discrepancies mentioned in line 19 were specifically disputed in my letter with TransUnion on December 5, 2023, as evidenced by lines 42 to 58 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

21. The scheduled payment section from the month of December 2021 to April of 2023 contains no substantive data regarding the scheduled payment amount and instead of reporting a numerical balance, TransUnion has listed three dash marks ("---"). [Please see exhibit 3, pg. 8 items 28-33, pg. 9 items 60-65, pg.10 items 96-100]

22. These discrepancies mentioned in line 21 were specifically disputed in my letter with TransUnion on December 5, 2023, as evidenced by lines 64 to 80 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

23. Furthermore, the information provided within the account is inconsistent and conflicts with itself. Specifically, the account is reported as charged off and subsequently closed on June 16, 2023. [Please see Exhibit 3, Pg. 7, Items 4 & 6.] However, despite the reported charge-off and closure, the account shows a balance for the months of July 2023 through

September 2024. [Please see Exhibit 3, Pg. 11, Items 79-83; Pg. 12, Items 114-119; Pg. 13, Items 150-153.]

24. In addition to the inconsistencies within the American Express account, similar discrepancies are evident in the reporting of the Bank of America account [5524-3328-4103], which also contains inaccurate and conflicting information.

25. Bank of America [5524-3328-4103] is missing the balance for the period from November 2018 through May 2022. There is no substantive data provided regarding the account balance during this time. Instead of reporting a numerical balance, TransUnion has listed dash marks, which fail to convey any meaningful or actionable information about the account. [Please see Exhibit 3, Pg. 16, Items 206-211 & 230-235; Pg. 17, Items 254-259 & 278-283; Pg. 18, Items 302-307 & 331-336;  Pg. 19, Items 355-360 & Item 379.]

26. These discrepancies mentioned in line 25  were specifically disputed in my letter with TransUnion on December 5, 2023, as evidenced by lines 100 to 135 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

27. In the past due section dash marks are shown rather than substantive data for the past due amount for the period of November 2018 to November 2023. [Please see **Exhibit 3**, Pg. 16, Items 212-217 & 236-241; Pg. 17, Items 260-265 & 284-289; Pg. 18, Items 308-313 & 337-342; Pg. 19, Items 361-366 & 385-390; Pg. 20, Items 409-414 & 433-438; & Pg. 21, Item 457.]

28. These discrepancies mentioned in line 27 were specifically disputed in my letter with TransUnion on December 5, 2023, as evidenced by lines 175 to 222 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

29. From November 2018 through December 2023, the Past-Due section contains no numerical value, whether zero or greater. Instead, it only contains dash marks ("---") in place of any substantive data. [Please see Exhibit 3, Pg. 16, Items 212-217 and 236-241; Pg. 17, Items 260-265 and 284-289; Pg. 18, Items 308-313 and 337-342; Pg. 19, Items 361-366 and 385-390; Pg. 20, Items 409-414 and 433-438; and Pg. 21, Item 457.]

30. Items 199 and 201 on Pg. 15 of Exhibit 3 indicate that the account was charged off and closed in May of 2022. However, despite the account's closure, a past due amount is reported for the period from December 2023 through December 2024.[ Please see Exhibit 3, Pg. 21, Items 457-462 & 481-486; & Pg. 22, Items 501 & 502.]

31. The discrepancies mentioned in lines 29-30 were highlighted in my original correspondence with TransUnion on December 5, 2023, as evidenced by lines 224 to 232 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

32. The Bank of America account [6501005814] contains incomplete and conflicting data. Unlike other accounts mentioned, which include four key subsections (balance, past due, remarks, and rating), this account includes only a rating section.

33. The rating is marked as "OK," suggesting the account is current and paid as agreed. However, the following discrepancies directly contradict this rating:

a. Item 516 on Pg. 22 reflects a high balance of $9,328, which conflicts with the "OK" rating.

b. Item 518 on Pg. 23 indicates "$0 per month paid monthly for 60 months," inconsistent with the account status.

c. The account is reported as closed in November 2023, yet no payment history is available for that month, leaving an incomplete record of its status at the time of closure. [Please see Exhibit 3, Pg. 22-23.]

34. The discrepancies mentioned in line 33 were specifically highlighted in my original correspondence to TransUnion on December 5, 2023, as evidenced by lines 233 through 304 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

35. Discover bank account [601101000328] another account with discrepancies in its reporting.

36. The payment history section does not include the balance for the month of January 2022 all the way to November of 2023 and rather than a numerical value, three dash marks are showing.. [Please see Exhibit 3 Pg. 26. Items 559-564, 583-588 & Pg 27 Item 727-732; 751,755]

37. The discrepancies mentioned in line 35 were specifically highlighted in my letter to TransUnion on December 5, 2023, as evidenced by lines 390 to 416 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

38. The payment history section includes past due amount for the month of January of 2022 to November 2023 Is not included. Rather than a numerical value, it's showing only dash

marks.[Please see exhibit 3 pg. 26 items 565-570, item 589-594 & pg. 27 item 733-738, item 757-761]

39. The discrepancies mentioned in line 37 were specifically disputed in my letter to TransUnion on December 5, 2023, as evidenced by lines 419 to 422 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

40. On page 25 items 552 and 554 denotes that the account was charged off and subsequently closed on 04/20/2022 but in the payment history section the account is denoted to have a balance and a past due amount for the month of December 2023 all the way to the month of December 2024. [please see exhibit pg. 27 items 756,762 & pg. 28 items 618-629 and items 642-653]

41. The discrepancies mentioned in line 39 were highlighted in my letter to TransUnion on December 5, 2023, as evidenced by line 423 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

42. Capital One [400344889697] is missing the last 4 digits[ see exhibit 3 pg. 34 item 957]

43. The discrepancy mentioned in line 41 was mentioned in my letter to TransUnion on December 5, 2023, as evidenced by line 467 of Exhibit 1. Despite my dispute, the inaccuracy remained unresolved as of the January 2025 report.

44. Exhibit 3, Page 34, Items 960-1962. 963. 964. 965. 966. 967. As well as 968. All conflict with each other. The information denotes that. The account was paid, then Closed on the same day and yet there is still a credit limit and a high balance.

45. On page, 35 of Exhibit 3. The account does not show. The complete history. Such as the balance, the scheduled payments, the remarks made. And rather shows a rating suggesting that the terms of the account were met.

46. The discrepancies mentioned in lines 43-44 were specifically disputed in my letter to TransUnion on December 5, 2023, as evidenced by lines 468 to 479 of Exhibit 1. Despite my dispute, the inaccuracies remained unresolved as of the January 2025 report.

## VI.    Count 1: Violation of 1681i (a)(5) Failure to delete or modify inaccurate information

47. I re-allege and incorporate all preceding paragraphs as if fully set forth here.

48. On December 5, 2023, I submitted a written dispute to TransUnion LLC, identifying specific inaccuracies and incomplete information in my consumer report. A copy of my dispute letter is attached as Exhibit 1.

49. Under 15 U.S.C. § 1681i(a)(5), TransUnion was required to delete or modify any information in my consumer report found to be inaccurate, incomplete, or unverifiable after conducting a reasonable reinvestigation.

50. TransUnion did not delete or modify the disputed information within the 30-day period required by § 1681i( )(5), even though the information was inaccurate and/or incomplete.

51. By failing to delete or modify the disputed information as required by **§ 1681i(a)(5)**, TransUnion violated its statutory obligations.

## VII.    Count 2: Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy

52. I re-allege and incorporate paragraphs 1-46 as if fully set forth herein.

53. Under 15 U.S.C. § 1681e(b), TransUnion is required to "follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates." TransUnion failed to meet this obligation in my case, as evidenced by the pervasive inaccuracies and omissions in my report.

54. My report demonstrate that TransUnion did not follow reasonable procedures to ensure maximum possible accuracy:

55. The report contains numerous instances of missing or incomplete data, such as balances, past due amounts, and scheduled payments for multiple months. For example, the balance section for the American Express account [34999-292-2041] from December 2021 to April 2023 contains no substantive data, with dash marks ("---") listed instead of numerical values. [Please see Exhibit 3, Pg. 8, Items 10-15; Pg. 9, Items 46-51; Pg. 10, Items 78-82.]

56. The report contains conflicting information, such as accounts being reported as both charged off and closed while simultaneously showing balances and past due amounts for months after the reported closure date. For instance, the Bank of America account [5524-3328-4103] is reported as closed in May 2022 but shows a past due amount for the period from December 2023 through December 2024. [Please see Exhibit 3, Pg. 15, Items 199 & 201; Pg. 21, Items 457-462 & 481-486; Pg. 22, Items 501 & 502.]

57. Furthermore, there are discrepancies in the Discover Bank account [601101000328], including missing balances and past due amounts from January 2022 to November 2023. [Please see Exhibit 3, Pg. 26, Items 559-564, 583-588; Pg. 27, Items 727-732, 751-755.]

58. The presence of these inaccuracies in my report demonstrates that TransUnion did not follow reasonable procedures to ensure maximum possible accuracy, as required by 15 U.S.C. § 1681e(b). The systemic nature of these errors—such as missing data, and inconsistent reporting,—shows that TransUnion failed to meet its statutory obligations in my case.

59. As a direct result of TransUnion's failure to follow reasonable procedures to ensure maximum possible accuracy, my report contains pervasive inaccuracies that have harmed my creditworthiness, and resulted in financial losses. TransUnion's actions constitute a violation of 15 U.S.C. § 1681e(b).

### VIII.    Count 3: Violation of 15 U.S.C. § 1681n – Willful Noncompliance

60. I re-allege and incorporate  paragraphs 1-46 as if fully set forth herein.

61. Under 15 U.S.C. § 1681n, TransUnion LLC is liable for willful noncompliance.

62. The inaccuracies and omissions in the file create a cascading effect, undermining the integrity of the entire file. Each item t--whether it is the balance, past due amount, scheduled payment, or other critical information--builds upon the data from previous months to ensure continuity and accuracy. For example, if the balance for January is missing or incorrect, the balance for February cannot be accurately calculated or reported. Similarly, if the past due amount for March is omitted or inaccurate, the past due amount for April cannot be properly determined. This pattern continues, compounding errors and omissions throughout the report.

63. This domino effect occurs because accurate reporting and/or maximum possible accuracy requires a consistent and verifiable chain of information. When data for one month is

missing or incorrect, it disrupts the logical progression of the report, rendering all subsequent months inherently inaccurate. For instance, if the scheduled payment for May is not reported, the scheduled payment for June cannot be accurately determined. This systemic failure to maintain a coherent and accurate chain of information violates the FCRA's requirement that consumer reporting agencies adopt reasonable procedures to ensure maximum possible accuracy. [15 U.S.C. § 1681e(b).]

64. By failing to input complete and accurate data, TransUnion has created a report that lacks the necessary foundation for reliability. The absence of critical information in one month inherently invalidates the accuracy of all subsequent months, as each entry relies on the previous one for context and verification. These persistent inaccuracies and omissions demonstrate that TransUnion's procedures are inadequate to ensure the maximum possible accuracy.

65. A willful violation occurs when a Consumer Reporting Agency either knowingly violates the FCRA or acts in reckless disregard of its statutory duties.

66. As Exhibits 2 and 4 will show, TransUnion supposedly conducted a reinvestigation in December 2023 and another reinvestigation in July 2024. The record indicates that TransUnion allegedly investigated all the accounts in my file. However, as demonstrated in Exhibit 3, the incomplete and inaccurate information remains prevalent throughout.

67. In January 2025, TransUnion produced a report that contained hundreds of errors and omissions, despite receiving notice of these inaccuracies through my written disputes on December 5, 2023, and conducting two reinvestigations—one in December 2023 and another in July 2024. These reinvestigations, as shown in Exhibits 2 and 4, supposedly addressed all the accounts in my file. However, as demonstrated in Exhibit 3, the

incomplete and inaccurate information remains, further evidencing TransUnion's failure to ensure maximum possible accuracy. Its actions demonstrate either a knowing violation of the statute or a reckless disregard for its statutory duties, rendering it liable under 15 U.S.C. § 1681n.

## IX.     Damages

68. As a direct result of TransUnion's actions, I have suffered significant harm, including but not limited to:

    a.   Damage to Creditworthiness as the inaccuracies have resulted in derogatory accounts in my file that have negatively impacted my creditworthiness, making it difficult to obtain credit, incur debt and acquire property[please see exhibit 5-9]

    b.   Financial Losses as the inaccuracies in my report have caused me to incur financial losses, including but not limited to denial of credit opportunities

    c.   Loss of Time and Opportunity for I've spent significant time and effort attempting to resolve these inaccuracies, including submitting disputes, reviewing reports, and now bringing suit, which has diverted my attention from my personal life.

69. WHEREFORE, I respectfully request that this Court:

    a.   Award statutory damages under 15 U.S.C. § 1681n for TransUnion's willful noncompliance with the FCRA [amount to be determined at trial]

    b.   **Award** punitive damages under 15 U.S.C. § 1681n to deter TransUnion from engaging in similar conduct in the future [amount to be determined at trial]

   c.  Actual damages for lost opportunities and adverse action resulting from

      Transunion's action [to be determined at trial]

   d.  Grant any other relief this Court deems just and proper.

Upon iformation and belief I verify all herein to be true; and demand a trial by way of jury.

Respectfully Submitted

01-22-2025

Laguerre Lensendro

Laguerre Lensendro

26 Broad St

apt 4

Norwalk CT

06851

Greetings to whomever reading this,

I pulled my consumer disclosure file on 12/05/2023 for each bureau. And I have realized there are a multitude of errors on you'se part. Now I write and send this to show the 3 {EXPERIAN, EQUIFAX, TRANSUNION} you'se the errors which you'se have made and kindly ask that you fix them so my report may be complete and accurate.

I attached with this correspondence a copy of my id and SSn # and a piece of mailing so you'se are sure this is not a frivolous dispute.

Transunion

Personal information

1. My social security contains only the last 4; such piece of information is incomplete.

Addresses

2. I do not, nor have I ever lived at 133 Tresser blvd apt 12C Stamford CT,06901-3148

Phone Numbers

3. I do not have the phone # 475-489-0731
4. I do not have the phone # 203-360-5664
5. I do not have the phone # 475-889-0294
6. I do not have the phone # 475-889-3315
7. I do not have the phone # 203-286-6387

Employers Information

8. I do not work at MCdonalds

Account American Express
Account information

9. The account number is incomplete and inaccurate, as it is missing the last 4 digits.
10. The monthly payment amount is not $159 but rather $159.00.
11. The balance is not $3,858 but rather $3,858.00.
12. When originally signing up for this extension of credit the amount was not $159 as you'se indicate.
13. The high balance is not $1,117 from 05/2023 to 06/2023 but rather $1,117.00.
14. The high balance of $3,693is incomplete and therefore inaccurate; but rather $3,693.00.
15. The high balance of $3,829 is incomplete and therefore inaccurate as it is actually $3,829.00.
16. The high balance of $3,858 is incomplete and therefore inaccurate as it is $3,858.00

*Exhibit
1*

*obtained from
Transunion on
07/15/2024
in small claims
Suit*

*EST CV24 50 50 1555
fajuere furender*

CM # 9589 0710 5270 0938 4319 04
2

Payment History

17. The balance is missing for December 2021.
18. The balance is missing for January 2022.
19. The balance is missing for February 2022.
20. The balance is missing for March 2022.
21. The balance is missing for april 2022
22. The balance is missing for May 2022
23. The balance is missing for june 2022
24. The balance is missing for July 2022
25. The balance is missing for August 2022
26. The balance is missing for september 2022
27. The balance is missing for october 2022
28. The balance is missing for November 2022
29. The balance is missing for December 2022
30. The balance is missing for January 20223
31. The balance is missing for February 2023
32. The balance is missing for March 2023
33. The balance is missing for April 2023
34. The balance for May 2023 is not $750 but rather 750.00
35. The balance for June 2023 is not $103 but rather $103.00
36. The balance for July 2023 is not $3,693 but rather $3,693.00
37. The balance is not 3,829 but rather $3,829.00 for the month of August 2023
38. The balance is not $3,829 for the month of september but rather $3,829.00
39. The balance is not $3,829 for the month of October 2023 but rather $3,829.00
40. The balance is not $3,829 for the month of November 2023 but rather $3,858.00
41. The balance for december 2023 is not $3,858 but rather $3,858.00
42. The past due amount for the month of december 2021 is missing
43. The past due amount for the month of January 2022 is missing
44. The past due amount for the month of february 2022 is missing
45. The past due amount for the month of March 2022 is missing
46. The past due amount for the month of April 2022 is missing
47. The past due amount for the month of May 2022 is missing
48. The past due amount for the month of June 2022 is missing
49. The past due amount for the month of July 2022 is missing
50. The past due amount for the month of August 2022 is missing
51. The past due amount for the month of september 2022 is missing
52. The past due amount for the month of october 2022 is missing
53. The past due amount for the month of november 2022 is missing
54. The past due amount for the month of December 2022 is missing
55. The past due amount for the month of january 2023 is missing
56. The past due amount for the month of February 2023 is missing
57. The past due amount for the month of march 2023 is missing
58. The past due amount for the month of April 2023 is missing

59. The past due amount for the month of August 2023 is incomplete and so inaccurate as the amount is shown as $273 rather than $273.00

60. The amount is incomplete and so inaccurate for the month of September of the amount shows $511 rather than $511.00

61. The amount is incomplete and so inaccurate for the month of October as it shows an amount of $773 rather than $773.00

62. The amount is incomplete and so inaccurate for the month of November 2023 as it shows an amount of $3,858 instead of $3,858.00

63. The amount is incomplete and so inaccurate for the month of December 2023 as it shows an amount of $1,089 instead of $1,089.00

64. The Scheduled payment for the month of December 2021 is not shown

65. The Scheduled payment for the month of January 2022 is not shown

66. The Scheduled payment for the month of february 2022 is not shown

67. The Scheduled payment for the month of march 2022 is not shown

68. The Scheduled payment for the month of April 2022 is not shown

69. The Scheduled payment for the month of May 2022 is not shown

70. The Scheduled payment for the month of June 2022 is not shown

71. The Scheduled payment for the month of July 2022 is not shown

72. The Scheduled payment for the month of August 2022 is not shown

73. The Scheduled payment for the month of September 2022 is not shown

74. The Scheduled payment for the month of October 2022 is not shown

75. The Scheduled payment for the month of November 2022 is not shown

76. The Scheduled payment for the month of December 2022 is not shown

77. The Scheduled payment for the month of January 2023 is not shown

78. The Scheduled payment for the month of february 2023 is not shown

79. The Scheduled payment for the month of March 2023 is not shown

80. The Scheduled payment for the month of April 2023 is not shown

81. The Scheduled payment for the month of May 2023 is not shown

82. The Scheduled payment for the month of June 2023 is incomplete and therefore inaccurate as it shows $103 rather than $103.00

83. The Scheduled payment for the month of july 2023 is incomplete and therefore inaccurate as it shows the amount of $238 rather than $238.00

84. The Scheduled payment for the month of August 2023 is incomplete and therefore inaccurate as it shows an amount of $262 instead of $262.00

85. The Scheduled payment for the month September 2023 is incomplete and therefore inaccurate as it does not show $157.00 but rather 157

86. The Scheduled payment for the month of October 2023 is incomplete and is so inaccurate as it does not show the amount of $157.00 but rather $157

87. The Scheduled payment for the month of November 2023 is inaccurate and therefore incomplete as it does not show the amount as $188.00 but rather $188

88. The Scheduled payment for the month of December 2023 is incomplete and is so inaccurate as it shows the amount of $159 rather than $159.00

Bank of America 552433284103****
Account information
89. The account # is incomplete and inaccurate as it does not show the full account number
90. How can there be a high balance when the account is charged off?
91. If the account was closed in 2022; why is there a high balance stated in November 20223 ?
92. If the account was closed in 2022, how can there be a credit limit of $500?
93. What is the exact day the item will be removed ?

Payment History
The following is incomplete information which therefore makes it inaccurate
94. Balance for the month of november 2018 is left blank
95. Balance for the month of december 2018 is left blank
96. Balance for the month of january 2019 is left blank
97. Balance for the month of february 2019 is left blank
98. Balance for the month of march 2019 is left blank
99. Balance for month of April 2019 is left blank
100. Balance for month of May 2019 is left blank
101. Balance for month of June 2019 is left blank
102. Balance for month of July 2019 is left blank
103. Balance  for month of August 2019 is left blank
104. Balance for month of september 2019 is left blank
105. Balance for month of october 2019 is left blank
106. Balance  for month of november 2019 is left blank
107. Balance for month of december 2019 is left blank
108. Balance for month of january 2020 is left blank
109. Balance for month of february 2020 is left blank
110. Balance for month of March 2020 is left blank
111. Balance for month of April 2020 is left blank
112. Balance for month of May 2020 is left blank
113. Balance for month of june 2020 is left blank
114. Balance for month of july 2020 is left blank
115. Balance for month of August 2020 is left blank
116. Balance for month of September 2020 is left blank
117. Balance for month of october 2020 is left blank
118. Balance for month of November 2020 is left blank
119. Balance for month of december 2020 is left blank
120. Balance for month of January 2021 is left blank
121. Balance for month of February 2021 is left blank
122. Balance for month of March 2021 is left blank
123. Balance for month of May 2021 is left blank

CM # 9589 0710 5270 0938 4319 04

5

124.   Balance for month of june 2021 is left blank
125.   Balance for month of july 2021 is left blank
126.   Balance for month of August 2021 is left blank
127.   Balance for month of september 2021 is left blank
128.   Balance for the month of october 2021 is left blank
129.   Balance for the month of november 2021 is left blank
130.   Balance for the month of December 2021 is left blank
131.   Balance for the month of January 2022 is left blank
132.   Balance for the month of February 2022 is left blank
133.   Balance for the month of March 2022 is left blank
134.   Balance for the month of april 2022 is left blank
135.   Balance for the month of  May 2022 is left blank
136.   Balance for the month of  june 2022 is left blank
137.   Balance for the month of  july 2022 is left blank
138.   Balance for the month of  August 2022 is left blank
139.   Balance for the month of september 2022 is left blank
140.   Balance for the month of October 2022 is left blank
141.   Balance for the month of November 2022 is left blank
142.   Balance for the month of December 2022 is left blank
143.   Balance for the month of january 2023 is left blank
144.   Balance for the month of february 2023 is left blank
145.   Balance for the month of March 2023 is left blank
146.   Balance for the month of april 2023 is left blank
147.   Balance for the month of may 2023 is incomplete and therefore inaccurate as it shows an amount of $750 rather than $750.00
148.   Balance for the month of june 2023 is inaccurate and therefore incomplete as it shows an amount of $103 rather than $103.00
149.   Balance for the month of july 2023 is incomplete and therefore inaccurate as it shows an amount of $3,693 rather than $3,693.00
150.   Balance for the month of August 2023 is incomplete and therefore inaccurate as it shows an amount of $3,829 rather than $3,829.00
151.   Balance for the month of September 2023 is incomplete and therefore inaccurate as it shows an amount of $3,829 rather than $3,829
152.   Balance for the month of october 2023 is incomplete and therefore inaccurate as it shows an amount of $3,829 instead of $3,829.00
153.   Balance for the month of November 2023 is incomplete and therefore inaccurate as it shows an amount of $3,829 instead of $3,829.00
154.   Balance for the month of december 2023 is incomplete and so inaccurate as it shows an amount of $3,858 instead of $3,858.00

**The following are questions in regards to some misleading information which makes the report inaccurate**
155.   Your records indicate the account was charged off in 2022, how can there be a high balance for the month of april 2023?

CM # 9589 0710 5270 0938 4319 04
6

156.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of may 2023?
157.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of June 2023?
158.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of July 2023?
159.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of August 2023?
160.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of August 2023?
161.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the of september 2023?
162.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of October 2023?
163.    Your records indicate the account was charged off in 2022, how can there be a high balance of $820 for the month of november 2023?

The following is incomplete information which therefore makes it inaccurate
164.    The past due amount for the month of November 2018 is left blank
165.    The past due amount for the month of december 2018 is left blank
166.    The past due amount for the month of january 2019 is left blank
167.    The past due amount for the month of february 2019 is left blank
168.    The past due amount for the month of March 2019 is left blank
169.    The past due amount for the month of april 2019 is left blank
170.    The past due amount for the month of May 2019 is left blank
171.    The past due amount for the month of June 2019 is left blank
172.    The past due amount for the month of july 2019 is left blank
173.    The past due amount for the month of August 2019 is left blank
174.    The past due amount for the month of September 2019 is left blank
175.    The past due amount for the month of october 2019 is left blank
176.    The past due amount for the month of november 2019 is left blank
177.    The past due amount for the month of December 2019 is left blank
178.    The past due amount for the month of January 2020 is left blank
179.    The past due amount for the month of february 2020 is left blank
180.    The past due amount for the month of march 2020 is left blank
181.    The past due amount for the month of April 2020 is left blank
182.    The past due amount for the month of may 2020 is left blank
183.    The past due amount for the month of june 2020 is left blank
184.    The past due amount for the month of july 2020 is left blank
185.    The past due amount for the month of august 2020 is left blank
186.    The past due amount for the month of september 2020 is left blank
187.    The past due amount for the month of october 2020 is left blank
188.    The past due amount for the month of november 2020 is left blank

77

CM # 9589 0710 5270 0938 4319 04

7

189.   The past due amount for the month of december 2020 is left blank
190.   The past due amount for the month of january 2021 is left blank
191.   The past due amount for the month of february 2021 is left blank
192.   The past due amount for the month of march 2021 is left blank
193.   The past due amount for the month of April 2021 is left blank
194.   The past due amount for the month of may 2021 is left blank
195.   The past due amount for the month of june 2021 is left blank
196.   The past due amount for the month of July 2021 is left blank
197.   The past due amount for the month of august 2021 is left blank
198.   The past due amount for the month of september 2021 is left blank
199.   The past due amount for the month of october 2021 is left blank
200.   The past due amount for the month of november 2021 is left blank
201.   The past due amount for the month of december 2021 is left blank
202.   The past due amount for the month of january 2022 is left blank
203.   The past due amount for the month of february 2022 is left blank
204.   The past due amount for the month of march 2022 is left blank
205.   The past due amount for the month of april 2022 is left blank
206.   The past due amount for the month of may 2022 is left blank
207.   The past due amount for the month of june 2022 is left blank
208.   The past due amount for the month of july 2022 is left blank
209.   The past due amount for the month of august 2022 is left blank
210.   The past due amount for the month of september 2022 is left blank
211.   The past due amount for the month of october 2022 is left blank
212.   The past due amount for the month of November 2022 is left blank
213.   The past due amount for the month of december 2022 is left blank
214.   The past due amount for the month of january 2023 is left blank
215.   The past due amount for the month of february 2023 is left blank
216.   The past due amount for the month of march 2023 is left blank
217.   The past due amount for the month of April 2023 is left blank
218.   The past due amount for the month of May 2023 indicates I was past due but it says $0
219.   The past due amount for the month of August 2023 is incomplete and so inaccurate as it shows an amount of $273 instead of $273.00
220.   The past due amount for the month of September 2023 is incomplete as it shows an amount of $511 instead of $511.00
221.   The past due amount for the month of October 2023 is incomplete as it shows an amount of $773 instead of $773.00
222.   The past due amount for the month of November 2023 is incomplete and so inaccurate as it shows an amount of $931 instead of $931.00
223.   The past due amount for the month of December 2023 as it shows an amount of $1,089 instead of $1,089.00

78

CM # 9589 0710 5270 0938 4319 04

8

The following are questions in regards to some misleading information which makes the report inaccurate

224.    Your records indicate the account was charged off in 2022, how can there be a past due amount for the month of april 2023?

225.    Your records indicate the account was charged off in 2022, how can there be a past due amount for may 2023?

226.    Your records indicate the account was charged off in 2022, how can there be a past due amount for the month of June 2023 ?

227.    Your records indicate the account was charged off in 2022, how can there be a past due amount for  July 2023 ?

228.    Your records indicate the account was charged off in 2022, how can there be a past due amount for the month of august 2023?

229.    Your records indicate the account was charged off in 2022, how can there be a past due amount for the month of September 2023?

230.    Your records indicate the account was charged off in 2022, how can there be a past due amount for the month of october 2023?

231.    Your records indicate the account was charged off in 2022, how can there be a past due amount for the month of november 2023?

232.    Your records indicate the account was charged off in 2022, how can there be a past due amount for December 2023?

Bank OF America 6501005814****

233.    This account was paid in full, so how is it charged off?
234.    Why does it not reflect that the whole amount was paid
235.    How can there be a high balance of $ 9,328 if the account was paid in full?
236.    How can there be a high balance if the account is an auto loan?
237.    The remark is incorrect stating it is an unpaid balance and charge off; this account was paid in full

The following is incomplete information which makes it inaccurate

238.    The balance is missing for the month of November 2021
239.    The balance is missing for the month of december 2021
240.    The balance is missing for the month of january 2022
241.    The balance is missing for the month of february 2022
242.    The balance is missing for the month of march 2022
243.    The balance is missing for the month of april 2022

DR 12/12/2023 (00KC079-36-160929205004991

CM # 9589 0710 5270 0938 4319 04

9

244. The balance is missing for the month of may 2022
245. The balance is missing for the month of june 2022
246. The balance is missing for the month of july 2022
247. The balance is missing for the month of august 2022
248. The balance is missing for the month of september 2022
249. The balance is missing for the month of october 2022
250. The balance is missing for the month of november 2022
251. The balance is missing for the month of december 2022
252. The balance is missing for the month of january 2023
253. The balance is missing for the month of february 2023
254. The balance is missing for the month of march 2023
255. The balance is missing for the month of april 2023
256. The balance is missing for the month of may 2023

The following is incomplete and therefore inaccurate
257. The balance for the month of june 2023 is incomplete and therefore inaccurate as it should be shown as $7,680.00 instead of $7,680.00
258. The balance for the month of july 2023 is incomplete and therefore inaccurate as it shows an amount of $7,759 instead of $7,759.00
259. The balance for the month of august 2023 is incomplete and therefore inaccurate as it shows $7,838 instead of $7,838.00
260. The balance for the month of september 2023 is incomplete and so inaccurate as it shows an amount of $7,915 instead of $7,915.00
261. The amount for the month of october shows an amount of $7,994 instead of $7,994.00
262. The amount for the month of november 2022 shows an amount of $8,068 instead of $8,068.00

THe following is incomplete and so inaccurate information
263. Past due amount for the month of November 2021 is missing
264. Past due amount for the month of december 2021 is missing
265. Past due amount for the month of january 2022 is missing
266. Past due amount for the month of february 2022 is missing
267. Past due amount for the month of march 2022 is missing
268. Past due amount for the month of april 2022 is missing
269. Past due amount for the month of may 2022 is missing
270. Past due amount for the month of june 2022 is missing
271. Past due amount for the month of july 2022 is missing
272. Past due amount for the month of august 2022 is missing
273. Past due amount for the month of september 2022 is missing
274. Past due amount for the month of october 2022 is missing
275. Past due amount for the month of november 2022 is missing
276. Past due amount for the month of december 2022 is missing
277. Past due amount for the month of january 2023 is missing

278.  Past due amount for the month of february 2023 is missing
279.  Past due amount for the month of march 2023 is missing
280.  Past due amount for the month of april 2023 is missing
281.  Past due amount for the month of may 2023 is missing
282.  Past due amount for the month of

283.  What was the amount paid for the month of november 2021 ?
284.  What was the amount paid for the month of December 2021 ?
285.  What was the amount paid for the month of january 2022 ?
286.  What was the amount paid for the month of february 2022?
287.  What was the amount paid for the month of march 2022?
288.  What was the amount paid for the month of April 2022?
289.  What was the amount paid for the month of May 2022?
290.  What was the amount paid for the month of june 2022?
291.  What was the amount paid for the month of july 2022?
292.  What was the amount paid for the month of august 2022?
293.  What was the amount paid for the month of september 2022?
294.  What was the amount paid for the month of october 2022?
295.  What was the amount paid for the month of november 2022?
296.  What was the amount paid for the month of december 2022?
297.  What was the amount paid for the month of january 2023?
298.  What was the amount paid for the month of february 2023?
299.  What was the amount paid for the month of march 2023?
300.  What was the amount paid for the month of april 2023?
301.  What was the amount paid for the month of may 2023?
302.  What was the amount paid for the month of june 2023?
303.  What was the amount paid for the month of july 2023?

304.  My records show in November 2023 bank of america received a significant amount of money, so how is the amount paid for the month of november 2023 $0?

BEST BUY/CBNA426937203426****

Account information
305.  The account number is incomplete as it is missing the last 4 digits and is so inaccurate.
306.  If the account was charged off in 2022 how can there be a high balance for 2023?
307.  What is the exact date this account will be removed?
308.  How can there be a credit limit of $1,000 in 2023 if the account was charged off in 2023?

Payment History
The following is incomplete and therefore inaccurate

CM # 9589 0710 5270 0938 4319 04

11

309.    The balance for the month of march 2021 is missing
310.    The balance for the month of april 2021 is missing
311.    The balance for the month of may 2021 is missing
312.    The balance for the month of june 2021 is missing
313.    The balance for the month of july 2021 is missing
314.    The balance for the month of august 2021 is missing
315.    The balance for the month of september 2021 is missing
316.    The balance for the month of october 2021 is missing
317.    The balance for the month of november 2021 is missing
318.    The balance for the month of december 2021 is missing
319.    The balance for the month of january 2022 is missing
320.    The balance for the month of february 2022 is missing
321.    The balance for the month of march 2022 is missing
322.    The balance for the month of april 2022 is missing
323.    The balance for the month of may 2022 is missing
324.    The balance for the month of june 2022 is missing
325.    The balance for the month of july2022 is missing
326.    The balance for the month of  august 2022 is missing
327.    The balance for the month of september 2022 is missing
328.    The balance for the month of october 2022 is missing
329.    The balance for the month of november 2022 is missing
330.    The balance for the month of december 2022 is missing
331.    The balance for the month of  january 2022 is missing
332.    The balance for the month of february 2022 is missing
333.    The balance for the month of march 2022 is missing
334.    The balance for the month of april 2022 is missing
335.    The balance for the month of may 2022 is missing
336.    The balance for the month of june 2022 is missing
337.    The balance for the month of july 2022 is missing
338.    The balance for the month of august 2022 is missing
339.    The balance for the month of september 2022 is missing
340.    The balance for the month of october 2022 is missing
341.    The balance for the month of november 2022 is missing
342.    The balance for the month of december 2022 is missing
343.    The balance for the month january 2023 is missing
344.    The balance for the month february 2023 is missing
345.    The balance for the month march 2023 is missing

346.    Including the cent, what is the complete balance for the month of april 2023?
347.    Including the cent, what is the complete balance for the month of may 2023?
348.    Including the cent, what is the complete balance for the month of june 2023?
349.    Including the cent, what is the complete balance for the month of july 2023?
350.    Including the cent, what is the complete balance for the month of august 2023 ?
351.    Including the cent, what is the complete balance for the month of September 2023?

0000100000000-P PKAKHW00100001

82

352.    Including the cent, what is the complete balance for the month of October 2023?
353.    Including the cent, what is the complete balance for the month of november 2023?
354.    Including the cent, what is the complete balance for the month of december 2023?

355.    What is the past due amount for the month of march 2021?
356.    What is the past due amount for the month of April 2021?
357.    What is the past due amount for the month of May 2021?
358.    What is the past due amount for the month of June 2021?
359.    What is the past due amount for the month of July 2021?
360.    What is the past due amount for the month of August 2021?
361.    What is the past due amount for the month of September 2021?
362.    What is the past due amount for the month of October 2021?
363.    What is the past due amount for the month of November 2021?
364.    What is the past due amount for the month of December 2021?
365.    What is the past due amount for the month of January 2022?
366.    What is the past due amount for the month of february 2022?
367.    What is the past due amount for the month of march 2022?
368.    What is the past due amount for the month of April 2022?
369.    What is the past due amount for the month of may 2022?
370.    What is the past due amount for the month of June 2022?

371.    If the account was charged off how can there be a past due amount for the months following June 2022?
372.    Why does the information not show the payments ive made prior to the accounts being charged off

**Discover Bank-60110100328****

Account information
373.    How can there be a balance of $268 if the account was charged off?
374.    If the account was charged off in 2022, how can there be a high balance for 2023?
375.    How can there be a credit limit if the account was charged off?
376.    What is the exact day account will be removed ?

377.    Why is the balance missing for the month of December 2021?
378.    Why is the balance missing for the month of January 2021?
379.    Why is the balance missing for the month of february 2021?
380.    Why is the balance missing for the month of march 2021?
381.    Why is the balance missing for the month of April 2021?
382.    Why is the balance missing for the month of May 2021?

CM # 9589 0710 5270 0938 4319 04
13

383.   Why is the balance missing for the month of June 2021?
384.   Why is the balance missing for the month of july 2021
385.   Why is the balance missing for the month of August 2021?
386.   Why is the balance missing for the month of september 2021
387.   Why is the balance missing for the month of October 2021?
388.   Why is the balance missing for the month of november 2021?
389.   Why is the balance missing for the month of December 2021?
390.   Why is the balance missing for the month of January 2022?
391.   Why is the balance missing for the month of february 2022?
392.   Why is the balance missing for the month of march 2022?
393.   Why is the balance missing for the month of April 2022?
394.   Why is the balance missing for the month of May 2022?
395.   Why is the balance missing for the month of June 2022?
396.   Why is the balance missing for the month of July 2022?
397.   Why is the balance missing for the month of august 2022?
398.   Why is the balance missing for the month of September 2022?
399.   Why is the balance missing for the month of October 2022?
400.   Why is the balance missing for the month of november 2022?
401.   Why is the balance missing for the month of December 2022?
402.   Why is the balance missing for the month of January 2022?
403.   Why is the balance missing for the month of february 2022?
404.   Why is the balance missing for the month of march 2022?
405.   Why is the balance missing for the month of April 2022?
406.   Why is the balance missing for the month of May 2022?
407.   Why is the balance missing for the month of June 2022?
408.   Why is the balance missing for the month of July 2022?
409.   Why is the balance missing for the month of august 2022?
410.   Why is the balance missing for the month of September 2022?
411.   Why is the balance missing for the month of October 2022?
412.   Why is the balance missing for the month of november 2022?
413.   Why is the balance missing for the month of December 2022?
414.   Why is the balance missing for the month of January 2023?
415.   Why is the balance missing for the month of february 2023?
416.   Why is the balance missing for the month of march 2023?
417.   If the account was charged of in 2022 why is there balances for 2023?


418.   What is the past due amount for the month of December 2021?
419.   What is the past due amount for the month of January 2022?
420.   What is the past due amount for the month of february 2022?
421.   What is the past due amount for the month of march 2022?
422.   What is the past due amount for the month of april 2022
423.   If the account was charged off in april how can there be a past due amount for the months following?

84

CM # 9589 0710 5270 0938 4319 04
14

Verizon Wireless-5894314090****

Account information

424.     Thea account number is incomplete and so inaccurate as it does not show the last 4 digits

425.     Under account type it states this is an open account, but under pay status it states the account to be in collections; How can that be so?

426.     Under **payment received** it shows that I've never paid Verizon and I had service for a year. How can that be so?

427.     Loan type; according to you'se I received a telecommunications/ cellular loan, this is in fact incorrect and so inaccurate, I never received a loan from verizon.

428.     What is the exact date this item will be removed including the day.

Payment history

429.     What is the exact balance, scheduled payment, and past due amount  for the month of february 2021?

430.     What is the exact balance, scheduled payment, and past due amount  for the month of march 2021?

431.     What is the exact balance, scheduled payment, and past due amount  for the month of april 2021?

432.     What is the exact balance, scheduled payment, and past due amount  for the month of may 2021 ?

433.     What is the exact balance, scheduled payment, and past due amount  for the month of june 2021

434.     What is the exact balance, scheduled payment, and past due amount  for the month of july 2021

435.     What is the exact balance, scheduled payment, and past due amount  for the month of August 2021?

436.     What is the exact balance, scheduled payment, and past due amount  for the month of September 2021?

437.     What is the exact balance, scheduled payment, and past due amount  for the month of October 2021?

438.     What is the exact balance, scheduled payment, and past due amount  for the month of November 2021?

439.     If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of december 2021?

440.     If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of january 2022?

441.     If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of february 2022?

442.     If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of march 2021

443.     If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of april 2021?

444.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of december2021?

445.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of january 2022?

446.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of february 2022?

447.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of march 2022?

448.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of april 2022?

449.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of may 2022?

450.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of june 2022?

451.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of july 2022?

452.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of august 2022?

453.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of september 2022?

454.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of october 2022?

455.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of november 2022?

456.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of december 2022?

457.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of january 2023?

458.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of february 2023?

459.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of march 2023?

460.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of april 2023?

461.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of may 2023?

462.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of june 2023

463.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of july 2023?

464.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of august 2023?

465.    If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of september 2023?

CM # 9589 0710 5270 0938 4319 04
16

466.   If the account was charged off or closed in november 2021 why is there a rating, and why is the rating unknown for the month of october 2023?


Capital One –400344889697****

Account information

467.   The last 4 digits are missing in the account number which makes it incomplete and so inaccurate.

468.   The balance on the account is reported as $0 but there is a high balance of $1,111, how is that so?

469.   Why aren't the payments made being reported?

470.   Why aren't the past due amounts being shown?

471.   Why aren't the scheduled payments being shown?

472.   What is the amount paid as agreed to justify an OK rating for the month of April 2021?

473.   What is the amount paid as agreed to justify an OK rating for the month of may 2021?

474.   What is the amount paid as agreed to justify an OK rating for the month of June 2021?

475.   What is the amount paid as agreed to justify an OK rating for the month of July 2021?

476.   What is the amount paid as agreed to justify an OK rating for the month august 2021?

477.   What is the amount paid as agreed to justify an OK rating for the month september 2021?

478.   What is the amount paid as agreed to justify an OK rating for the month of October 2021?

479.   What is the amount paid as agreed to justify an OK rating for the month of november 2021?


EQUIFAX

AMEMERICAN EXPRESS  xxxxxxxxxxxxxx 5283

Summary

480.   What is the available credit ?

*** 423065055-043 ***

12/23/2023

**tu**
Information for Good.

P-I000001-
LENSENDRO LAGUERRE
26 BROAD ST APT 4
NORWALK, CT 06851-6185

*[handwritten: Exhibit 2]*
*[handwritten: Exhibit 2]*
*[handwritten: Obtained from TransUnion on 07/15/2024 Small Claims Suit (FSt CV24 5030138-S) Laguerre Lensendro]*

Dear LENSENDRO LAGUERRE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

P -I000001          01/18

File Number:      423065055                    Page 2 of 9
Date Issued:      12/23/2023

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field.  If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data:  Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.



155

File Number:      423065055
Date Issued:      12/23/2023

Page 3 of 9

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

156

P-I000003        03/18

File Number:     423065055
Date Issued:     12/23/2023

Page 4 of 9

## TransUnion Credit Score

LENSENDRO LAGUERRE

### YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br><br>**Not Purchased**<br>(See Below)<br><br>Grade<br>--<br><br>Created on<br>12/23/2023<br><br>Based on your TransUnion credit report, this is a depiction of your creditworthiness. | Unavailable<br>(See Below)<br><br>A 850<br>B 780<br>C 720<br>D 660<br>F 600<br>300<br><br>The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Unavailable<br>(See Below)<br><br>100%<br>50%<br>0%<br><br>Your credit ranks higher than —% of the nation's population. |

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

157

P-I000004     04/18

File Number: 423065055
Date Issued: 12/23/2023

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**BANK OF AMERICA NA** #6501005814**** ( 201 N TRYON STREET, NC1-022-08-15, CHARLOTTE, FL 28255, (800) 215-6195 )
We investigated the information you disputed and updated: **Balance; Past Due; Pay Status; Terms; Remarks; Maximum Delinquency; Payment Received; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 11/08/2021 | Balance: | $0 | Pay Status: | >Account paid in Full; was Charge-off< |
| Responsibility: | Joint Account | Date Updated: | 11/30/2023 | | |
| Account Type: | Installment Account | Payment Received: | 03/02/2023 ($8,068) | Terms: | $0 per month, paid Monthly for 60 months |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 03/02/2023 | | |
| | | High Balance: | $9,328 | Date Closed: | 11/30/2023 |
| | | Original Charge-off: | $8,068 | | >Maximum Delinquency of 120 days in 07/2023 and in 10/2023< |

Remarks: >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 03/2030

| | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE** #400344889697**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
We investigated the information you disputed and updated: **Remarks; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 03/15/2021 | Balance: | $0 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: | Individual Account | Date Updated: | 12/01/2021 | | |
| Account Type: | Revolving Account | Last Payment Made: | 12/01/2021 | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $1,111 | Date Closed: | 12/01/2021 |
| | | Credit Limit: | $1,000 | Date Paid: | 12/01/2021 |

Remarks: DISP INVG COMP-RPT BY GRNTR; CLOSED BY CREDIT GRANTOR; CLOSED

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

158

File Number:    423065055
Date Issued:    12/23/2023

---

**INVESTIGATION RESULTS - VERIFIED AND UPDATED:  The disputed item(s) was verified as belonging to you and information has changed or been updated to reflect recent activity.**

**BANK OF AMERICA #552433284103****** ( 201 N TRYON STREET, NC1-022-08-15, CHARLOTTE, NC 28255, (800) 421-2110 )
We investigated this item, verified it belongs to you, and updated: **Balance; Date Updated; Past Due; Rating; Historical Trended Data.**  Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 10/15/2018 | Balance: $818 | Pay Status: >Charged Off< |
| Responsibility: | Individual Account | Date Updated: 12/15/2023 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: 02/11/2022 | Date Closed: 05/12/2022 |
| Loan Type: | CREDIT CARD | High Balance: $820 | >Maximum Delinquency of 120 days in |
| | | Original Charge-off: $820 | 07/2022 and  in 09/2022< |
| | | Credit Limit: $500 | |
| | | Past Due: >$818< | |

Remarks: CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 03/2029

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**BEST BUY/CBNA #426937203426****** ( 5800 South Corporate Place, SIOUX FALLS, SD 57108, (888) 574-1301 )
We investigated this item, verified it belongs to you, and updated: **Date Updated; Historical Trended Data.**  Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 02/16/2021 | Balance: $1,501 | Pay Status: >Charged Off< |
| Responsibility: | Individual Account | Date Updated: 12/15/2023 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: 01/07/2022 | Date Closed: 06/02/2022 |
| Loan Type: | CREDIT CARD | High Balance: $1,501 | >Maximum Delinquency of 120 days in |
| | | Original Charge-off: $1,501 | 06/2022 and  in 08/2022< |
| | | Credit Limit: $1,000 | |
| | | Past Due: >$1,501< | |

Remarks: CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 01/2029

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

P-I000006    08/18

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**DISCOVER BANK** #601101000328**** ( PO BOX 30939, SALT LAKE CITY, UT 84130, (800) 347-2683 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Rating; Historical Trended Data.** Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/05/2021 | Balance: | $268 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 12/20/2023 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: | 02/04/2022 | Date Closed: | 04/20/2022 |
| Loan Type: | SECURED CREDIT CARD | High Balance: | $484 | >Maximum Delinquency of 120 days in | |
| | | Original Charge-off: | $268 | 05/2022 and in 07/2022< | |
| | | Credit Limit: | $300 | | |
| | | Past Due: | >$268< | | |

Remarks: DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 12/2028

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK |

**VERIZON WIRELESS** #5894314090**** ( PO BOX 650051, DALLAS, TX 75265, (800) 852-1922 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Original Charge-Off; Rating.** Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/05/2020 | Balance: | $150 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 12/22/2023 | Date Closed: | 11/20/2021 |
| Account Type: | Open Account | Payment Received: | ($0) | | |
| Loan Type: | | High Balance: | $150 | | |
| | TELECOMMUNICATIONS/CELLULAR | Original Charge-off: | $0 | | |
| | | Past Due: | >$150< | | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 06/2028

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

P-I000007     07/18

File Number:        423065055
Date Issued:        12/23/2023

Page 8 of 9

```
┌──────────────────────────────────────────────────────────────────────────┐
│ INFORMATION UPDATED:  In response to your request, a change was made to this item(s). │
└──────────────────────────────────────────────────────────────────────────┘
```

**TELEPHONE NUMBERS REPORTED:** (475) 899-0294

**ADDRESS INFORMATION:** This section of your report was updated as follows:

**Address**
26 BROAD ST APT 4, NORWALK, CT 06851-6185

**Date Reported**
10/15/2018

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

161

File Number:    423065055
Date Issued:    12/23/2023

Page 9 of 9

In the preceding pages we have provided details on the results of our investigation. **If our investigation ha[s] not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a no[te] of 100 words or less describing your situation or why you disagree with the results, and we will add th[at] statement to your report. Anyone who views your report will see this statement. Please know that if y[ou] include any medical information in your statement, this means you're giving TransUnion permission [to] include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made [to] information found on your credit report you may dispute with the company that reported it using th[e] contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any ot[her] information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consum[er] Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorne[y] General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a stateme[nt] to your report, **you may ask TransUnion to send an updated credit report** to those who have received yo[ur] report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicab[le]) for any other purpose.

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Compan[ies] can only request a credit report for a legitimate business reason (called permissible purpose). Examples [of] permissible purpose include: credit transactions, employment consideration, review or collection of an existi[ng] account or other legitimate business need, insurance underwriting, government licensing, rental application [or] court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your cre[dit] report will be listed in the section on inquires, along with their contact information. Please note, a compan[y] doesn't always need your authorization to view your credit report as long as they have a permissible purpose. [If] you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to th[e] company who requested your credit report to find out whether they have opened an account in your name. Th[e] company can then investigate and if they determine that someone fraudulently applied for credit in your nam[e] they can close that account and send us a letter requesting removal of the inquiry. If you have specif[ic] information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department [at] 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of ea[ch] page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and
Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

P -I000009       09/18

| File Number: | 423065055 |
| Date Issued: | 07/08/2024 |

**TransUnion** *tu*

*[handwritten:] Exhibit 4 obtained from TransUnion in small claims suit on 07-15-2024 Laguerre (FST CV24 5030128S) transcript*

## Personal Information

SSN: XXX-XX-5906

You have been on our files since  10/15/2018

Date of Birth: 09/09/2000

**Names Reported:** LENSENDRO LAGUERRE and LENSENDR LAGUERRE

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
| --- | --- | --- | --- |
| 26 BROAD ST APT 4, NORWALK, CT 06851-6185 | 10/15/2018 | 26 BROAD ST, NORWALK, CT 06851-6185 | 10/15/2018 |

### Telephone Numbers Reported:

(475) 899-0294

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets < > indicates that this remark is considered adverse.

| AID | ACCT INFO DISPUTED BY CONSUMR | CBG | CLOSED BY CREDIT GRANTOR | DRC | DISP INVG COMP-CONSUM DISAGRS |
| --- | --- | --- | --- | --- | --- |
| >PRL< | UNPAID BALANCE CHARGED OFF | | | | |

## Accounts with Adverse Information

**AMERICAN EXPRESS #349992922041****** ( PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )

| Date Opened: | 10/30/2021 | Date Updated: | 07/02/2024 | Pay Status: | >Charged Off< |
| --- | --- | --- | --- | --- | --- |
| Responsibility: | Individual Account | | | Terms: | Paid Monthly |
| Account Type: | Revolving Account | | | Date Closed: | 06/16/2023 |
| Loan Type: | CREDIT CARD | | | >Maximum Delinquency of 120 days in 11/2023 for $931 and in 12/2023 for $1,089< | |

**High Balance:** High balance of $1,117 from 05/2023 to 06/2023; $3,693 from 07/2023 to 07/2023; $3,829 from 08/2023 to 10/2023; $3,858 from 11/2023 to 07/2023

**Credit Limit:** Credit limit of $1,000 from 05/2023 to 12/2023; $0 from 01/2024 to 07/2024

**Estimated month and year that this item will be removed:** 05/2030

| | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Balance | $3,858 | $3,858 | $3,858 | $3,858 | $3,858 | $3,858 | $3,858 | $3,858 | $3,858 | $3,829 | $3,829 | $3,82 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $159 | $188 | $157 | $26 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Past Due | $2,232 | $2,073 | $1,914 | $1,755 | $1,596 | $1,436 | $1,277 | $1,089 | $931 | $773 | $511 | $27 |
| Remarks | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG/PRL | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CB |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 |

| | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Balance | $3,693 | $103 | $750 | | | | | | | | | |
| Scheduled Payment | $238 | $103 | $40 | | | | | | | | | |
| Amount Paid | $0 | $0 | $0 | | | | | | | | | |
| Past Due | $0 | $0 | $0 | | | | | | | | | |
| Remarks | DRC/CBG | DRC | DRC | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to:** http://transunion.com/disputeonline

Consumer Credit Report for LENSENDRO LAGUERRE                                      File Number: 423065055   Date Issued: 07/08/2024

## BANK OF AMERICA #552433284103**** ( 201 N TRYON STREET, NC1-022-08-15, CHARLOTTE, NC 28255, (800) 421-2110 )

| | | | |
|---|---|---|---|
| Date Opened: | 10/15/2018 | Date Updated: | 06/14/2024 | Pay Status: | ›Charged Off‹ |
| Responsibility: | Individual Account | Last Payment Made: | 02/11/2022 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Original Charge-off: | $820 | Date Closed: 05/01/2022 |
| Loan Type: | CREDIT CARD | | | ›Maximum Delinquency of 120 days in 07/2022 and in 09/2022‹ |

**High Balance:** High balance of $820 from 12/2023 to 06/2024
**Credit Limit:** Credit limit of $500 from 12/2023 to 06/2024
**Estimated month and year that this item will be removed:** 03/2029

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $818 | $818 | $818 | $818 | $818 | $818 | $818 | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $818 | $818 | $818 | $818 | $818 | $818 | $818 | | | | | |
| Remarks | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 120 |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | X | OK | X | X | X | OK | X | X | X | OK | OK | OK | OK |

## BANK OF AMERICA #6501005814**** ( 201 N TRYON STREET, NC1-022-08-15, CHARLOTTE, NC 28255, (800) 669-6607 )

| | | | |
|---|---|---|---|
| Date Opened: | 11/08/2021 | Balance: | $0 | Pay Status: | ›Account paid in Full; was a Charge-off‹ |
| Responsibility: | Joint Account | Date Updated: | 11/30/2023 | | |
| Account Type: | Installment Account | Payment Received: | $0 | Terms: | $0 per month, paid Monthly for 60 months |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 11/30/2023 | | |
| | | High Balance: | $9,328 | Date Closed: 11/30/2023 |
| | | Original Charge-off: | $8,068 | ›Maximum Delinquency of 120 days in 07/2023 and in 10/2023‹ |

**Remarks:** ›PAID IN FULL; WAS A CHARGE OFF‹
**Estimated month and year that this item will be removed:** 03/2030

| | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

## BEST BUY/CBNA #426937203426**** ( 5800 South Corporate Place, SIOUX FALLS, SD 57108, (888) 574-1301 )

| | | | |
|---|---|---|---|
| Date Opened: | 02/16/2021 | Date Updated: | 07/02/2024 | Pay Status: | ›Charged Off‹ |
| Responsibility: | Individual Account | Last Payment Made: | 01/07/2022 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Original Charge-off: | $1,501 | Date Closed: 06/02/2022 |
| Loan Type: | CREDIT CARD | | | ›Maximum Delinquency of 120 days in 06/2022 and in 08/2022‹ |

**High Balance:** High balance of $1,501 from 12/2023 to 07/2024
**Credit Limit:** Credit limit of $1,000 from 12/2023 to 07/2024
**Estimated month and year that this item will be removed:** 01/2029

| | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Past Due | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | $1,501 | | | | |
| Remarks | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 |

| | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK |

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for LENSENDRO LAGUERRE

File Number: 423065055   Date Issued: 07/08/2024

## DISCOVER BANK #601101000328**** ( PO BOX 30939, SALT LAKE CITY, UT 84130, (800) 347-2683 )

| | | |
|---|---|---|
| Date Opened: | 11/05/2021 | |
| Responsibility: | Individual Account | |
| Account Type: | Revolving Account | |
| Loan Type: | SECURED CREDIT CARD | |

| | |
|---|---|
| Date Updated: | 06/23/2024 |
| Last Payment Made: | 02/04/2022 |
| Original Charge-off: | $268 |

| | |
|---|---|
| Pay Status: | ›Charged Off‹ |
| Terms: | Paid Monthly |
| Date Closed: | 04/20/2022 |

›Maximum Delinquency of 120 days in 05/2022 and  in 07/2022‹

High Balance: High balance of $484 from 12/2023 to 06/2024
Credit Limit: Credit limit of $300 from 12/2023 to 06/2024
Estimated month and year that this item will be removed: 12/2028

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $268 | $268 | $268 | $268 | $268 | $268 | $268 | | | | | |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $268 | $268 | $268 | $268 | $268 | $268 | $268 | | | | | |
| Remarks | AID/PRL | AID/PRL | AID/PRL | AID/PRL | AID/PRL | AID/PRL | AID/PRL | | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 90 | 60 | 30 | OK |

## SOUTHWEST CREDIT SYSTEMS #10871**** ( 4120 INTERNATIONAL PKWY, STE 1100, CARROLLTON, TX 75007, (844) 551-7928 )

| | | |
|---|---|---|
| Placed for collection: | 05/10/2024 | |
| Responsibility: | Individual Account | |
| Account Type: | Open Account | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | |

| | |
|---|---|
| Balance: | $85 |
| Date Updated: | 07/03/2024 |
| Last Payment Made: | 01/23/2020 |
| Original Amount: | $85 |
| Original Creditor: | T MOBILE (Cable/Cellular) |
| Past Due: | ›$85‹ |

Pay Status:  ›In Collection‹

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 01/2027

## Satisfactory Accounts

## BANK OF AMERICA #440066044653**** ( 201 N TRYON STREET, NC1-022-08-15, CHARLOTTE, NC 28255, (800) 421-2110 )

| | | |
|---|---|---|
| Date Opened: | 11/06/2021 | |
| Responsibility: | Authorized Account | |
| Account Type: | Revolving Account | |
| Loan Type: | CREDIT CARD | |

| | |
|---|---|
| Date Updated: | 06/30/2024 |
| Last Payment Made: | 06/26/2024 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Terms: | Paid Monthly |
| Date Paid: | 06/26/2024 |

High Balance: High balance of $1,067 from 01/2023 to 01/2023; $1,067 from 03/2023 to 09/2023; $1,180 from 10/2023 to 01/2024; $1,180 from 03/2024 to 06/2024
Credit Limit: Credit limit of $5,000 from 01/2023 to 01/2023; $5,000 from 03/2023 to 01/2024; $5,000 from 03/2024 to 06/2024

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $49 | $86 | | $116 | $76 | $176 | $841 | $359 | $35 | |
| Scheduled Payment | $0 | $0 | $25 | $25 | | $25 | $25 | $25 | $25 | $25 | $25 | |
| Amount Paid | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | |
| Past Due | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | |
| Rating | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | | $96 | | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | | $25 | | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | | $0 | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | | $0 | | | | | | |
| Rating | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

## CAPITAL ONE #400344889697**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

| | | |
|---|---|---|
| Date Opened: | 03/15/2021 | |
| Responsibility: | Individual Account | |
| Account Type: | Revolving Account | |
| Loan Type: | CREDIT CARD | |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/01/2021 |
| Last Payment Made: | 12/01/2021 |
| High Balance: | $1,111 |
| Credit Limit: | $1,000 |

| | |
|---|---|
| Pay Status: | Paid, Closed; was Paid as agreed |
| Terms: | Paid Monthly |
| Date Closed: | 12/01/2021 |
| Date Paid: | 12/01/2021 |

Remarks: CLOSED BY CREDIT GRANTOR; CLOSED

167

Consumer Credit Report for LENSENDRO LAGUERRE          File Number: 423065055   Date Issued: 07/08/2024

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

**AMERISAVE MORTGAGE C via EQUIFAX MORTGAGE SERVICE** ( 815 EAST GATE DR, SUITE 102, MOUNT LAUREL, NJ 08054,   Inquiry Type: Individual
(800) 685-5000 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 11/14/2022

## Account Review Inquiries

**LENSENDRO LAGUERRE via KARMATRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 07/08/2024, 06/24/2024

**DISCOVER FINANCIAL SERVICES LLC** ( 2500 LAKE COOK ROAD, RIVERWOODS, IL 60015, (800) 347-2683 )
Requested On: 07/07/2024, 06/06/2024, 06/01/2024, 05/08/2024, 04/06/2024, 02/21/2024, 01/06/2024, 12/06/2023, 12/03/2023, 11/08/2023,
11/05/2023, 10/06/2023, 10/02/2023, 09/07/2023, 09/05/2023, 08/06/2023, 08/04/2023

**617434789 via CREDITWISE CAPITAL1 TU-B** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
Permissible Purpose: CREDIT MONITORING
Requested On: 07/06/2024, 06/06/2024

**807808680 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CREDIT MONITORING
Requested On: 07/06/2024, 07/05/2024

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
Permissible Purpose: CREDIT MONITORING
Requested On: 07/05/2024, 07/02/2024, 07/01/2024, 06/26/2024, 06/16/2024, 06/11/2024, 06/10/2024, 06/07/2024, 06/01/2024, 05/25/2024, 05/16/2024,
05/05/2024, 05/05/2024, 05/02/2024, 05/01/2024, 04/26/2024, 04/16/2024, 04/05/2024, 04/05/2024, 04/01/2024, 04/01/2024, 03/26/2024, 03/20/2024,
03/16/2024, 03/13/2024, 03/06/2024, 03/05/2024, 03/03/2024, 03/01/2024, 02/29/2024, 02/26/2024, 02/21/2024, 02/16/2024, 02/05/2024, 02/05/2024,
02/04/2024, 02/01/2024, 02/01/2024, 01/25/2024, 01/05/2024, 01/05/2024, 01/04/2024, 01/01/2024, 01/01/2024, 12/31/2023, 12/30/2023, 12/25/2023,
12/16/2023, 12/05/2023, 12/03/2023, 12/01/2023, 11/17/2023, 11/07/2023, 11/05/2023, 11/02/2023, 11/01/2023, 10/27/2023, 10/16/2023, 10/05/2023,
10/05/2023, 10/04/2023, 10/02/2023, 10/01/2023, 09/25/2023, 09/18/2023, 09/07/2023, 09/05/2023, 09/01/2023, 09/01/2023, 08/25/2023, 08/17/2023,
08/05/2023, 08/05/2023, 08/04/2023, 08/01/2023, 08/01/2023, 07/26/2023, 07/17/2023

**CREDITWISE CAPITAL1 TU-C** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
Permissible Purpose: CREDIT MONITORING
Requested On: 07/05/2024, 07/02/2024, 07/01/2024, 06/17/2024, 06/04/2024, 06/01/2024, 05/16/2024, 05/06/2024, 05/02/2024, 04/16/2024, 04/05/2024

**LENSENDRO LAGUERRE via CREDITWISE CAPITAL1 TU-A** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 06/21/2024, 05/25/2024, 04/26/2024, 03/30/2024, 03/01/2024, 02/03/2024, 01/05/2024, 12/09/2023, 11/10/2023, 10/14/2023, 09/15/2023,
08/19/2023, 07/21/2023, 06/24/2023, 05/26/2023, 04/29/2023, 03/31/2023, 03/04/2023, 02/03/2023, 01/07/2023, 12/09/2022, 11/09/2022, 10/05/2022,
09/03/2022, 08/03/2022

**BANK OF AMERICA** ( PO BOX 982238, EL PASO, TX 79998, (800) 421-2110 )
Requested On: 06/20/2024, 05/21/2024, 05/01/2024, 04/20/2024, 03/20/2024, 03/19/2024, 02/21/2024, 02/19/2024, 01/19/2024, 01/06/2024, 01/02/2024,
12/19/2023, 12/09/2023, 11/21/2023, 11/08/2023, 10/19/2023, 10/06/2023, 09/19/2023, 09/07/2023, 08/19/2023, 08/07/2023, 08/04/2023, 07/19/2023

**DISCOVER CARD** ( 2500 LAKE COOK ROAD, RIVERWOODS, IL 60015, (800) 347-2683 )
Requested On: 06/16/2024, 05/16/2024, 04/16/2024, 03/16/2024, 02/16/2024, 01/16/2024, 12/16/2023, 11/16/2023, 10/16/2023, 09/16/2023, 08/16/2023,
07/16/2023

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782-8282 )
Requested On: 06/01/2024, 05/02/2024, 03/20/2024, 02/21/2024, 01/06/2024, 01/04/2024, 01/01/2024, 12/30/2023, 12/03/2023, 10/04/2023, 08/06/2023

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
Requested On: 03/17/2024, 02/18/2024, 12/05/2023, 11/05/2023, 05/19/2023, 03/21/2023, 11/27/2022

**LENSENDRO LAGUERRE via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681-3196 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 03/17/2024

**TU INTERACTIVE** ( 100 CROSS ST, 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 03/17/2024, 02/18/2024, 12/05/2023, 11/05/2023

**JEFFERSON CAPITAL** ( 200 14TH AVE E, SARTELL, MN 56377, (866) 219-0725 )
Permissible Purpose: COLLECTION
Requested On: 03/05/2024

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for LENSENDRO LAGUERRE

Page 9 of 7

File Number: 423065055   Date Issued: 07/08/2024

**CONSUMERINFO.COM** ( 475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742 )
Requested On: 01/06/2024, 11/05/2023, 11/05/2023, 10/26/2023, 03/03/2023, 02/22/2023, 02/07/2023, 02/05/2023, 02/04/2023, 01/24/2023, 01/23/2023, 01/20/2023, 01/20/2023, 01/10/2023, 11/08/2022, 10/19/2022

**793935078 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392 )
Permissible Purpose: CREDIT MONITORING
Requested On: 11/07/2023, 11/04/2023, 10/05/2023, 10/03/2023, 10/01/2023, 09/06/2023, 09/04/2023, 08/05/2023, 08/03/2023, 07/03/2023, 06/02/2023, 05/07/2023, 05/01/2023, 04/05/2023, 01/27/2023, 10/15/2022, 09/15/2022, 09/07/2022, 09/06/2022, 08/15/2022, 08/04/2022, 08/04/2022

**LENSENDRO LAGUERRE via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 10/04/2023, 09/04/2023, 08/04/2023, 07/02/2023, 06/18/2023, 06/02/2023, 05/02/2023, 03/28/2023, 02/28/2023, 01/29/2023, 12/22/2022, 11/12/2022, 10/08/2022, 09/01/2022, 08/01/2022

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 10/04/2023, 08/06/2023

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
Requested On: 09/05/2023

**ENHANCED RECOVERY COMPAN** ( 8014 BAYBERRY ROAD, JACKSONVILLE, FL 32256, (800) 942-0015 )
Requested On: 08/12/2023, 03/17/2023

**AMERICAN EXPRESS** ( PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )
Requested On: 08/09/2023

**ALLY FINANCIAL INC** ( PO BOX 380901, BLOOMINGTON, MN 55438, (877) 247-2559 )
Permissible Purpose: CONSUMER INITIATED TRANSACTION
Requested On: 05/24/2023

**T-MOBILE** ( 12920 SE 38TH ST, BELLEVUE, WA 98006, (800) 318-9270 )
Requested On: 05/05/2023

**CAPITAL ONE** ( 15070 CAPITAL ONE DR, RICHMOND, VA 23238, (800) 955-7070 )
Requested On: 02/08/2023

**TUCI - DC TARGETED** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 01/20/2023

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392 )
Requested On: 11/14/2022

**AMERISAVE MORTGAGE CORP** ( 1200 ALTMORE AVENUE, BUILDING 2 SUITE 300, SANDY SPRINGS, GA 30342, (866) 970-7283 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 11/14/2022

**SOURCE RECEIVABLES MNGMNT** ( 4615 DUNDAS DR, SUITE 102, GREENSBORO, NC 27407, (336) 286-3111 )
Requested On: 11/10/2022

**MIDLAND CREDIT MANAGEMENT** ( 320 EAST BIG BEAVER, SUITE 300, TROY, MI 48083, (877) 822-0381 )
Permissible Purpose: COLLECTION
Requested On: 10/19/2022

**NORTHSTAR LOCATION SERVIC** ( 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225, (877) 630-6700 )
Requested On: 10/05/2022, 09/07/2022

**632170917 via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681-3196 )
Permissible Purpose: CREDIT MONITORING
Requested On: 07/15/2022

## Credit Report Messages

**SECURITY FREEZE:** This file has been frozen or locked at the consumer's request.
(Note: This statement has no expiration date.)

**SECURITY ALERT:** Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account.  Contact consumer at (475) 889-0294.
(Note: This alert is set to expire in 03/2030.)

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out is set to expire in 02/2028.)
The opt out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent.  To permanently opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a representative.

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for LENSENDRO LAGUERRE    File Number: 423065055   Date Issued: 07/08/2024

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assers Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: TRANSUNION CONSUMER INTE
Requested on: 6/05/2024
Number of Accounts Consumer is Identified On: 0
Bank Account Closures Identified as Fraudulent: 0
Paid Checks in the Last 3 Years: 0
Open (Unpaid) Checks in the Last 3 Years: 0
Checks Ordered in the Last Month: 0
Checks Ordered in the Last 2 Months: 0
Checks Ordered in the Last 3 Months: 0
Checks Ordered in the Last 6 Months: 0
Check Orders in the Last Year: 0
Check Orders in the Last 2 Years: 0
Check Orders in the Last 3 Years: 0
Quantity of Checks Ordered in the Last 3 Years: 0
Average Checks Ordered in the Last 3 Years: .00000
Smallest Number of Checks Ordered: 0
Largest Number of Checks Ordered: 0
Checking Account Closures in the Last Month: 0
Checking Account Closures in the Last 2 Months: 0
Checking Account Closures in the Last 3 Months: 0
Checking Account Closures in the Last Year: 0
Checking Account Closures in the Last 2 Years: 0
Checking Account Closures in the Last 3 Years: 0
DDA Closures in Last 180 Days: 0
DDA Closure in Last 5 Years: 0
Paid DDA Closures in Last 5 Years: 0
Unpaid DDA Closures in Last 2 Years: 0
Unpaid DDA Closures in Last 5 Years: 0
Unpaid DDA Closures in Last 4 Years: $000000000.00
Checking Account Inquiries in the Last Month: 0
Checking Account Inquiries in the Last 2 Months: 0
Checking Account Inquiries in the Last 3 Months: 0
Checking Account Inquiries in the Last 6 Months: 0
Checking Account Inquiries in the Last Year: 0
Checking Account Inquiries in the Last 2 Years: 1
DDA Inquiries in the Last 3 Years: 7
Total Days Since First Checking Account Inquiry: 947
Days Since Most Recent DDA Inquiry: 375
Credit Inquiries in the Last Year: 0
Credit Inquiries in the Last 3 Years: 0
Auto Inquiries in the Last 3 Years: 0
Credit Issuance Inquiries in the Last Year: 0
Credit Issuance Inquiries in the Last 3 Years: 0
Payday Inquiries in the Last 3 Years: 0
Utility Inquiries in the Last 3 Years: 0
Other Credit Inquiries in the Last 2 years: 0
Other Credit Inquiries in the Last 3 Years: 0
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 7
Open (Unpaid) NSFs in the Last Month: 0
Open (Unpaid) NSFs in the Last 2 Months: 0
Open (Unpaid) NSFs in the Last 3 Months: 0
Open (Unpaid) NSFs in the Last 6 Months: 0
Open (Unpaid) NSFs in the Last Year: 0
Open (Unpaid) NSFs in the Last 2 Years: 0

**To dispute online go to: http://transunion.com/disputeonline**

Personal Credit Report for:
**LENSENDRO LAGUERRE**

*Exhibit 3*

File Number:
**423065055**

Date Created:
**01/06/2025**

Visit **transunion.com/dispute** to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ⬈.

# 👤 Personal Information

You have been on our files since 10/15/2018. Your SSN has been masked for your protection.

**Credit Report Date**

01/06/2025

**Social Security Number**

XXX-XX-5906  *3014*

**Date of Birth**

09/09/2000

**Name**

LENSENDRO LAGUERRE

**Also Known As**  *3013.*

AKA

LENSENDR LAGUERRE  *3012*

## Addresses

**Current Address**

26 BROAD ST APT 4 NORWALK, CT 06851-6185

**Date Reported**

10/15/2018

## Phone Numbers

**Phone Number**

(475) 899-0294

**Phone Number**

(203) 818-2916

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

ⓘ TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as a "point-of-sale installment loans" on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later may be factored in to credit scores and credit decisions (for example, account opening or account review decisions). Visit our FAQs 🗗 to learn more.

**Payment/Remarks Key**

## Ratings

| | |
|---|---|
| OK | Current, paying or paid as agreed |
| N/R | Not Reported |
| X | Unknown |
| 30 | Account 30 days late |
| 60 | Account 60 days late |
| 90 | Account 90 days late |
| 120 | Account 120 or more days late |
| COL | Transferred to collection |
| VS | Voluntarily surrendered |
| RPO | Repossession |
| C/O | Charged off by account provider |
| FC | Foreclosure |

## Remarks

**AAP:** Loan assumed by another party

**ACQ:** Acquired from another lender

**ACR:** Account closed due to refinance

**ACT:** Account closed due to transfer

**AFR:** Account acquired by RTC/FDIC

**AID:** Account information disputed by consumer

**AJP:** Adjustment pending

**AMD:** Active military duty

**AND:** Affected by natural disaster

**BAL:** Balloon payment

**BKL:** Included in bankruptcy

**BKW:** Bankruptcy withdrawn

**CAD:** Dispute account/closed by consumer

**CBC:** Account closed by consumer

**CBD:** Dispute resolved/consumer disagrees/closed by consumer

**CBG:** Canceled by credit grantor

**CBL:** Chapter 7 bankruptcy

**CBR:** Chapter 11 bankruptcy

**CBT:** Chapter 12 bankruptcy

**CLA:** Placed for collection

**CLO:** Closed

**CLS:** Credit line suspended

**CRB:** Collateral released—balance owing

**CTR:** Account closed—transfer to refinance

**CTS:** Contact subscriber

**DDR:** -none-

**DLU:** Deed in lieu

**DM:** Bankruptcy dismissed

**DRC:** Dispute resolved/consumer disagrees

**DRG:** Dispute resolved reported by credit grantor

**ER:** Election of remedy

**ETB:** Early termination/balance owing

**ETI:** Early termination by default

**ETO:** Early termination/obligation settled

**ETS:** Early termination/status pending

**FCL:** Foreclosure

**FPD:** Account paid, foreclosure started

**FPI:** Foreclosure initiated

**FRD:** Foreclosure collateral sold

**FTB:** Full termination/balance owing

**FTO:** Full termination/obligation satisfied

**FTS:** Full termination/status pending

**INA:** Inactive account

**INP:** Debt being paid through insurance

**INS:** Paid by insurance

**IRB:** Involuntary repossession/balance owing

**IRE:** Involuntary repossession

**IRO:** Involuntary repossession/obligation satisfied

**JUG:** Judgment granted

**LA:** Lease assumption

**LMN:** Loan Modified Not GOVT (government)

**LNA:** Credit line is no longer available

**MCC:** Managed by credit counseling service

**MOV:** No forwarding address

**NIR:** Student loan not in repayment

**NPA:** Now paying

**PAL:** Purchase by another lender

**PCL:** Paid collection

**PDD:** Paid by dealer

**PDE:** Payment deferred

**PDI:** Principle deferred/initial payment only

**PFC:** Account paid from collateral

**PLL:** Prepaid lease

**PLP:** Profit and loss now paying

**PNR:** First payment never received

**PPA:** Paying partial payment agreement

**PPD:** Paid by co-maker

**PPL:** Paid profit and loss

**PRD:** Payroll deduction

**PRL:** Profit and loss write-off

**PWG:** Account payment, wage garnish

**REA:** Reaffirmation of debt

**REP:** Substitute/replacement account

**RFN:** Refinanced

**RPD:** Paid repossession

**RPO:** Repossession

**RRE:** Repossession redeemed

**RVN:** Returned voluntarily

**RVR:** Returned voluntarily/redeemed

**SET:** Settled–less than full balance

**SGL:** Government secured guaranteed

**SIL:** Simple interest loan

**SLP:** Student loan perm assign government

**SPL:** Single payment loan

**STL:** Credit card lost/stolen

**TRF:** Transfer

**TRL:** Transferred to another lender

**TTR:** Transferred to recovery

**WEP:** Chapter 13 bankruptcy

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**Account Name**

AMERICAN EXPRESS 349992922041**** ← 1

**Account Information** ← 2

| | |
|---|---|
| **Address** | PO BOX 981537 EL PASO, TX 79998 |
| **Phone** | (800) 874-2717 |
| **Date Opened** | 10/30/2021 |

**Responsibility** Individual Account

**Account Type** 3010 → Revolving Account

**Loan Type** CREDIT CARD

**Balance** 3 → $3,858

**Date Updated** 3009 → 12/02/2024

**Pay Status** 4 → >Charge-off<

**Terms** 5 → Paid Monthly

**Date Closed** 6 → 06/16/2023

**Credit Limit (Hist.)** 7 → Credit limit of $1,000 from 05/2023 to 12/2023; $0 from 01/2024 to 09/2024; $0 from 12/2024 to 12/2024

**Estimated month and year this item will be removed** 8 → 04/2030

**Payment History** ← 9



| December 2021 | January 2022 | February 2022 | March 2022 | April 2022 | May 2022 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| High Credit<br>- - - | High Credit<br>- - - | High Credit<br>- - - | High Credit<br>- - - | High Credit<br>- - - | High Credit<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>DRC/CBG | Remarks<br>DRC/CBG | Remarks<br>DRC/CBG | Remarks<br>DRC/CBG | Remarks<br>DRC/CBG | Remarks<br>- - - |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |



| | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| High Credit | --- | --- | 3015 | 3016 | 3017 | 3018 |
| Past Due | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | PRL< | DRC/CBG/> | --- | PRL< | DRC/CBG/> | --- |
| Rating | OK | OK | OK | OK | OK | OK |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|---|---|
| Balance --- | Balance --- | Balance --- | Balance --- | Balance --- | Balance $750 |
| High Credit --- | High Credit --- | High Credit --- | High Credit --- | High Credit --- | High Credit $1,117 |
| Past Due --- | Past Due --- | Past Due --- | Past Due --- | Past Due --- | Past Due $0 |
| Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment $40 |
| Remarks PRL< | Remarks DRC/CBG/> | Remarks --- | Remarks PRL< | Remarks DRC/CBG/> | Remarks --- |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |



| | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 |
|---|---|---|---|---|---|---|
| **Balance** | $103 | $3,693 | $3,829 | $3,829 | $3,829 | $3,858 |
| **High Credit** | $1,117 | $3,693 | $3,829 | $3,829 | $3,829 | $3,858 |
| **Past Due** | $0 | $0 | $273 | $511 | $773 | $931 |
| **Scheduled Payment** | $103 | $238 | $262 | $157 | $157 | $188 |
| **Remarks** | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - |
| **Rating** | OK | OK | 30 | 60 | 90 | 120 |



| December 2023 | January 2024 | February 2024 | March 2024 | April 2024 | May 2024 |
|---|---|---|---|---|---|
| Balance $3,858 | Balance $3,858 | Balance $3,858 | Balance $3,858 | Balance $3,858 | Balance $3,858 |
| High Credit $3,858 | High Credit $3,858 | High Credit $3,858 | High Credit $3,858 | High Credit $3,858 | High Credit $3,858 |
| Past Due $1,089 | Past Due $1,277 | Past Due $1,436 | Past Due $1,596 | Past Due $1,755 | Past Due $1,914 |
| Scheduled Payment $159 | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- |
| Remarks PRL< | Remarks DRC/CBG/> | Remarks --- | Remarks PRL< | Remarks DRC/CBG/> | Remarks --- |
| Rating 120 | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |



| | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 |
|---|---|---|---|---|---|---|
| Balance | $3,858 | $3,858 | $3,858 | $3,858 | --- | --- |
| High Credit | $3,858 | $3,858 | $3,858 | $3,858 | --- | --- |
| Past Due | $2,073 | $2,232 | $2,391 | $0 | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | PRL< | DRC/CBG/> | --- | --- | --- | PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

**December 2024** *2072*

Balance
$3,858  *186*

High Credit
$3,858  *187*

Past Due
$159  *188*

Scheduled Payment
--- *189*

Remarks
DRC/CBG/>  *190*

Rating
**C/O**  *191*

Total Months: 37 *2071*

---

BANK OF AMERICA 552433284103****  *192*

## Account Information  *193*

**Address**

100 N TRYON STREET,NC1-0007-19-26 CHARLOTTE, NC
28255

**Phone**

(800) 421-2110

**Date Opened**  *194* → 10/15/2018

**Responsibility**

Individual Account

**Account Type**  *195* → Revolving Account

**Loan Type**

**Balance** 196 → $818

**Date Updated** 197 → 12/14/2024

**Last Payment Made** 198 → 02/11/2022

**Pay Status** 199 → >Charge-off<

**Terms** 200 → Paid Monthly

**Date Closed** 201 → 05/01/2022

**High Balance (Hist.)** 202 → High balance of $820 from 12/2023 to 12/2024

**Credit Limit (Hist.)** 203 → Credit limit of $500 from 12/2023 to 12/2024

**Estimated month and year this item will be removed** 204 → 03/2029

Payment History ← 205



| | November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|---|
| Balance | 206 | 207 | 208 | 209 | 210 | 211 |
| Past Due | 212 | 213 | 214 | 215 | 216 | 217 |
| Remarks | 218 | 219 | 220 | 221 | 222 | 223 |
| Rating | X 224 | X 225 | X 226 | X 227 | X 228 | X 229 |

| | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|---|---|
| Balance | 230 | 231 | 232 | 233 | 234 | 235 |
| Past Due | 236 | 237 | 238 | 239 | 240 | 241 |
| Remarks | 242 | 243 | 244 | 245 | 246 | 247 |
| Rating | X 248 | X 249 | X 250 | X 251 | X 252 | X 253 |



| November 2019 | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 |
|---|---|---|---|---|---|
| Balance 254 | Balance 255 | Balance 256 | Balance 257 | Balance 258 | Balance 259 |
| Past Due 260 | Past Due 261 | Past Due 262 | Past Due 263 | Past Due 264 | Past Due 265 |
| Remarks 266 | Remarks 267 | Remarks 268 | Remarks 269 | Remarks 270 | Remarks 271 |
| Rating X 272 | Rating OK 273 | Rating OK 274 | Rating OK 275 | Rating OK 276 | Rating OK 277 |

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 |
|---|---|---|---|---|---|
| Balance 278 | Balance 279 | Balance 280 | Balance 281 | Balance 282 | Balance 283 |
| Past Due 284 | Past Due 285 | Past Due 286 | Past Due 287 | Past Due 288 | Past Due 289 |
| Remarks 290 | Remarks 291 | Remarks 292 | Remarks 293 | Remarks 294 | Remarks 295 |
| Rating OK 296 | Rating OK 297 | Rating OK 298 | Rating OK 299 | Rating OK 300 | Rating OK 301 |



| | | | | | |
|---|---|---|---|---|---|
| **November 2020** *2046* | **December 2020** *2045* | **January 2021** *2044* | **February 2021** *2043* | **March 2021** *2042* | **April 2021** *2041* |
| Balance *302* | Balance *303* | Balance *304* | Balance *305* | Balance *306* | Balance *307* |
| Past Due *308* | Past Due *309* | Past Due *310* | Past Due *311* | Past Due *312* | Past Due *313* |
| Remarks *314* | Remarks *315* | Remarks *316* | Remarks *317* | Remarks *318* | Remarks *319* |
| Rating **OK** *320* | Rating **OK** *321* | Rating **OK** *322* | Rating **OK** *323* | Rating **OK** *324* | Rating **OK** *325* |

| | | | | | |
|---|---|---|---|---|---|
| **May 2021** *2040* | **June 2021** *2039* | **July 2021** *2038* | **August 2021** *2037* | **September 2021** *2036* | **October 2021** *2035* |
| Balance *331* | Balance *332* | Balance *333* | Balance *334* | Balance *335* | Balance *336* |
| Past Due *337* | Past Due *338* | Past Due *339* | Past Due *340* | Past Due *341* | Past Due *342* |
| Remarks *343* | Remarks *344* | Remarks *345* | Remarks *346* | Remarks *347* | Remarks *348* |
| Rating **OK** *349* | Rating **OK** *350* | Rating **OK** *351* | Rating **OK** *352* | Rating **OK** *353* | Rating **OK** *354* |



| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance --- *355* | Balance --- *356* | Balance --- *357* | Balance --- *358* | Balance --- *359* | Balance --- *360* |
| Past Due --- *361* | Past Due --- *362* | Past Due --- *363* | Past Due --- *364* | Past Due --- *365* | Past Due --- *366* |
| Remarks PRL< *367* | Remarks CBG/> *368* | Remarks *369* | Remarks PRL< *370* | Remarks CBG/> *371* | Remarks *372* |
| Rating OK *373* | Rating OK *374* | Rating OK *375* | Rating OK *376* | Rating OK *377* | Rating 30 *378* |

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance *379* | Balance --- *380* | Balance --- *381* | Balance --- *382* | Balance --- *383* | Balance --- *384* |
| Past Due --- *385* | Past Due --- *386* | Past Due --- *387* | Past Due --- *388* | Past Due --- *389* | Past Due --- *390* |
| Remarks PRL< *391* | Remarks CBG/> *392* | Remarks *393* | Remarks PRL< *394* | Remarks CBG/> *395* | Remarks --- *396* |
| Rating 60 *397* | Rating 90 *398* | Rating 120 *399* | Rating 120 *400* | Rating 120 *401* | Rating C/O *402* |



| | November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 |
|---|---|---|---|---|---|---|
| Balance | 403 | 404 | 405 | 406 | 407 | 408 |
| Past Due | 409 | 410 | 411 | 412 | 413 | 414 |
| Remarks | PRL< 415 | CBG/> 416 | 417 | PRL< 418 | CBG/> 419 | 420 |
| Rating | C/O 421 | C/O 422 | C/O 423 | C/O 424 | C/O 425 | C/O 426 |

| | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 |
|---|---|---|---|---|---|---|
| Balance | 427 | 428 | 429 | 430 | 431 | 432 |
| Past Due | 433 | 434 | 435 | 436 | 437 | 438 |
| Remarks | PRL< 439 | CBG/> 440 | 441 | PRL< 442 | CBG/> 443 | 444 |
| Rating | C/O 445 | C/O 446 | C/O 447 | C/O 448 | C/O 449 | C/O 450 |



|  | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|---|
| Balance | --- | $818 | $818 | $818 | $818 | $818 |
| Past Due | --- | $818 | $818 | $818 | $818 | $818 |
| Remarks | PRL< | CBG/> | --- | PRL< | AID/CBG/> | --- |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

|  | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 |
|---|---|---|---|---|---|---|
| Balance | $818 | $818 | $818 | $818 | $818 | $818 |
| Past Due | $818 | $818 | $818 | $818 | $818 | $818 |
| Remarks | PRL< | CBG/> | --- | PRL< | CBG/> | --- |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |



November 2024

| Balance | $818 |
| Past Due | $818 |
| Remarks | PRL< |
| Rating | **C/O** |

December 2024

| Balance | $818 |
| Past Due | $818 |
| Remarks | CBG/> |
| Rating | **C/O** |

Total Months: 74

---

**BANK OF AMERICA** 6501005814****

## Account Information

| Address | 100 N TRYON STREET,NC1-007-19-26 CHARLOTTE, NC 28255 |
| --- | --- |
| **Phone** | (800) 669-6607 |
| **Monthly Payment** | $0 |
| **Date Opened** | 11/08/2021 |
| **Responsibility** | Joint Account |
| **Account Type** | Installment Account |
| **Loan Type** | AUTOMOBILE |



| | |
|---|---|
| **Balance** | $0 |
| **Date Updated** | 11/30/2023 |
| **Payment Received** | $0 |
| **Last Payment Made** | 11/30/2023 |
| **High Balance** | $9,328 |
| **Pay Status** | >Account paid in Full was a Charge-off< |
| **Terms** | $0 per month, paid Monthly for 60 months |
| **Date Closed** | 11/30/2023 |
| **Estimated month and year this item will be removed** | 03/2030 |
| **Remarks** | PAID IN FULL/WAS A CHARGE OFF |

## Payment History



| December 2021 | January 2022 | February 2022 | March 2022 | April 2022 | May 2022 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |



| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | 30 | 60 |

| June 2023 | July 2023 | August 2023 | September 2023 | October 2023 |
|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating |
| 90 | 120 | 120 | 120 | 120 |

Total Months: 23

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISCOVER BANK** 601101000328****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 30939 SALT LAKE CITY, UT 84130 |
| **Phone** | (800) 347-2683 |
| **Date Opened** | 11/05/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | SECURED CREDIT CARD |
| **Balance** | $268 |
| **Date Updated** | 12/22/2024 |



| | January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 |
|---|---|---|---|---|---|---|
| Balance | 559 | 560 | 561 | 562 | 563 | 564 |
| Past Due | 565 | 566 | 567 | 568 | 569 | 570 |
| Remarks | 571 | PRL< 572 | AID/> 573 | 574 | PRL< 575 | AID/> 576 |
| Rating | OK 577 | OK 578 | 30 579 | 60 580 | 90 581 | 120 582 |

| | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 |
|---|---|---|---|---|---|---|
| Balance | 583 | 584 | 585 | 586 | 587 | 588 |
| Past Due | 589 | 590 | 591 | 592 | 593 | 594 |
| Remarks | 595 | PRL< 596 | AID/> 597 | 598 | PRL< 599 | AID/> 600 |
| Rating | 120 601 | 120 602 | C/O 603 | C/O 604 | C/O 605 | C/O 606 |

**Last Payment Made**

**Pay Status** — >Charge-off<

**Terms** — Paid Monthly

**Date Closed** — 04/20/2022

**High Balance (Hist.)** — High balance of $484 from 12/2023 to 12/2024

**Credit Limit (Hist.)** — Credit limit of $300 from 12/2023 to 12/2024

**Estimated month and year this item will be removed** — 12/2028

Payment History



January 2023 *1059*    February 2023 *1058*    March 2023 *1057*    April 2023 *1056*    May 2023 *1055*    June 2023 *1054*

| | Balance | Past Due | Remarks | Rating |
|---|---|---|---|---|
| January 2023 | 727 | 733 | 739 (---) | C/O 745 |
| February 2023 | 728 | 734 | 740 (PRL<) | C/O 746 |
| March 2023 | 729 | 735 | 741 (AID/>) | C/O 747 |
| April 2023 | 730 | 736 | 742 (---) | C/O 748 |
| May 2023 | 731 | 737 | 743 (PRL<) | C/O 749 |
| June 2023 | 732 | 738 | 744 (AID/>) | C/O 750 |

July 2023 *1053*    August 2023 *1052*    September 2023 *1051*    October 2023 *1050*    November 2023 *1049*    December 2023 *1048*

| | Balance | Past Due | Remarks | Rating |
|---|---|---|---|---|
| July 2023 | 751 | 757 | 763 (---) | C/O 769 |
| August 2023 | 752 | 758 | 764 (PRL<) | C/O 770 |
| September 2023 | 753 | 759 | 765 (AID/>) | C/O 771 |
| October 2023 | 754 | 760 | 766 (---) | C/O 772 |
| November 2023 | 755 | 761 | 767 (PRL<) | C/O 773 |
| December 2023 | $268 756 | $268 762 | 768 (AID/>) | C/O 774 |



| | January 2024 | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 |
|---|---|---|---|---|---|---|
| Balance | $268 | $268 | $268 | $268 | $268 | $268 |
| Past Due | $268 | $268 | $268 | $268 | $268 | $268 |
| Remarks | --- | PRL< | DRG/> | --- | PRL< | DRG/> |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

| | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|---|
| Balance | $268 | $268 | $268 | $268 | $268 | $268 |
| Past Due | $268 | $268 | $268 | $268 | $268 | $268 |
| Remarks | --- | PRL< | DRG/> | --- | PRL< | DRG/> |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

Total Months: 36

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

Account Name ← 607

BANK OF AMERICA 440066044653**** ← 608

# Account Information ← 609

| | |
|---|---|
| **Address** | 100 N TRYON STREET,NC1-0007-19-26 CHARLOTTE, NC 28255 |
| **Phone** | (800) 421-2110 |
| **Monthly Payment** | 616 → $25 |
| **Date Opened** | 611 → 11/06/2015 |
| **Responsibility** | Authorized Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | 612 → $276 |
| **Date Updated** | 613 → 12/31/2024 |
| **Last Payment Made** | 614 → 12/24/2024 |
| **Pay Status** | 615 → Current; Paid or Paying as Agreed |
| **Terms** | 616 → $25 per month; paid Monthly |
| **Credit Limit (Hist.)** | 617 → Credit limit of $5,000 from 01/2023 to 01/2023; $5,000 from 03/2023 to 01/2024; $5,000 from 03/2024 to 08/2024; $5,000 from 10/2024 to 12/2024 |



| | January 2021 *1035* | February 2021 *1034* | March 2021 *1033* | April 2021 *1032* | May 2021 *1031* | June 2021 *1030* |
|---|---|---|---|---|---|---|
| Balance | 667 | 668 | 669 | 670 | 671 | 672 |
| High Credit | 673 | 674 | 675 | 676 | 677 | 678 |
| Past Due | 679 | 680 | 681 | 682 | 683 | 684 |
| Scheduled Payment | 685 | 686 | 687 | 688 | 689 | 690 |
| Rating | OK 691 | OK 692 | OK 693 | OK 694 | OK 695 | OK 696 |

| | July 2021 *1029* | August 2021 *1028* | September 2021 *1027* | October 2021 *1026* | November 2021 *1025* | December 2021 *1024* |
|---|---|---|---|---|---|---|
| Balance | 697 | 698 | 699 | 700 | 701 | 702 |
| High Credit | 703 | 704 | 705 | 706 | 707 | 708 |
| Past Due | 709 | 710 | 711 | 712 | 713 | 714 |
| Scheduled Payment | 715 | 716 | 717 | 718 | 719 | 720 |
| Rating | OK 721 | OK 722 | OK 723 | OK 724 | OK 725 | OK 726 |





| | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|---|---|
| Balance | $96 | --- | $0 | $0 | $0 | $0 |
| High Credit | $1,067 | --- | $1,067 | $1,067 | $1,067 | $1,067 |
| Past Due | $0 | --- | $0 | $0 | $0 | $0 |
| Scheduled Payment | $25 | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK |

| | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 |
|---|---|---|---|---|---|---|
| Balance | $0 | $35 | $359 | $841 | $176 | $76 |
| High Credit | $1,067 | $1,067 | $1,067 | $1,180 | $1,180 | $1,180 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | --- | $25 | $25 | $25 | $25 | $25 |
| Rating | OK | OK | OK | OK | OK | OK |



| | January 2024 | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 |
|---|---|---|---|---|---|---|
| Balance | $116 | --- | $86 | $49 | $0 | $0 |
| High Credit | $1,180 | --- | $1,180 | $1,180 | $1,180 | $1,180 |
| Past Due | $0 | --- | $0 | $0 | $0 | $0 |
| Scheduled Payment | $25 | --- | $25 | $25 | --- | |
| Rating | OK | OK | OK | OK | OK | OK |

| | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|---|
| Balance | $0 | $0 | --- | $120 | $39 | $276 |
| High Credit | $1,180 | $1,180 | --- | $1,180 | $1,180 | $1,180 |
| Past Due | $0 | $0 | --- | $0 | $0 | $0 |
| Scheduled Payment | --- | --- | --- | $25 | $25 | $25 |
| Rating | OK | OK | OK | OK | OK | OK |

Total Months: 48

**CAPITAL ONE**  400344889697****  ← 957

## Account Information  ← 958

| | |
|---|---|
| **Address** | P O Box 31293 Salt Lake City, UT 84131 |
| **Phone** | (800) 955-7070 |
| **Date Opened** | 3015 → 03/15/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | 959 → Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | 960 → $0 |
| **Date Updated** | 961 → 12/01/2021 |
| **Last Payment Made** | 962 → 12/01/2021 |
| **High Balance** | 963 → $1,111 |
| **Credit Limit** | 964 → $1,000 |
| **Pay Status** | 965 → Paid, Closed; was Paid as agreed |
| **Terms** | 966 → Paid Monthly |
| **Date Closed** | 967 → 12/01/2021 |
| **Date Paid** | 968 → 12/01/2021 |

**Remarks** 969

Account information disputed by consumer (FCRA)
CLOSED BY CREDIT GRANTOR; CLOSED

Payment History 970



| April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|
| 987 | 986 | 985 | 984 | 983 | 982 |
| Rating OK 971 | Rating OK 972 | Rating OK 973 | Rating OK 974 | Rating OK 975 | Rating OK 976 |

| October 2021 | November 2021 |
|---|---|
| 981 | 980 |
| Rating OK 977 | Rating OK 978 |

Total Months: 8 979

# 🔍 Inquiries

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

Name

ELAN FINANCIAL





# u.s. bank.

U.S. Bank
PO Box 6361
Fargo, ND 58125-6361

September 18, 2024

REF: 20242598213019

*Exhibit 5   pg 1*

000007231 TUSB01DD091824018291 01 00000000 007232 001

Lensendro Laguerre
26 Broad St # 4
Norwalk, CT 06851

Dear Lensendro Laguerre,

We are writing to you about your application for a Platinum Credit Card account.

Unfortunately, we cannot approve you at this time.

We reviewed your request using a scoring system that assigns points based on the pattern of usage for your account. Your account did not score enough points in the following factors:

- serious delinquency
- ratio of balances to credit limits on revolving accounts is too high
- number of accounts with delinquency

**Please see the back of this letter for the Consumer Reporting Agency information relevant to our decision.**

Thank you for your interest.

Sincerely,

U.S. Bank
Credit Department
800-947-1444 (toll-free)

The creditor and issuer of this card is U.S. Bank National Association.

### EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program / or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection (CFPB), 1700 G Street NW, Washington DC 20552.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

CAT-41682490                     20242598213019                     Form #ACAPSLS CADCFS v0

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

TransUnion, PO Box 1000, Chester, PA, 19022, 800-888-4213, transunion.com/credit-score

The consumer reporting agency did not make the decision and is unable to share the reasons why the action was taken. Under the Fair Credit Reporting Act, you have the right to:

- Know the information contained in your credit file.
- Obtain a free copy of your consumer report from the reporting agency, if you request it no later than 60 days after you receive this notice.
- File a dispute with the reporting agency if you find that information contained in your report is innacurate or incomplete.

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. We used a credit score provided by TransUnion in this decision: the TransUnion FICO SCORE 10, which ranges from 300 to 850. On 09/15/2024, your credit score was 505 based on the information in your credit report. The key factors that impacted your credit score were:

- *Serious delinquency*
- *Ratio of balances to credit limits on revolving accounts is too high*
- *Number of accounts with delinquency*
- *Too few accounts currently paid as agreed*
- *Number of recent inquiries on consumer report*

If you have any questions regarding your credit score, you should contact TransUnion at the address above.

We would like to take this opportunity to refer you to our suite of U.S. Bank Secured credit cards. With a Secured credit card, you will enjoy the benefits and convenience of a traditional credit card while establishing or rebuilding your credit[1]. With your application, open a secured savings account and the deposit amount is your credit line. Upon approval, make purchases just like you would with any other credit card anywhere Visa and Mastercard are accepted. With on-time payments and responsible use of your secured credit card you are building better credit for the future. Visit www.usbank.com/secured to apply now and be one step closer to enjoying your Secured credit card![2]

[1] Your secured card application and any future upgrade to an unsecured card are not guaranteed; Late payments or going over the credit limit may damage your credit history.
[2] By submitting an application, we may request consumer credit reports about you for evaluating this application to provide credit approval.

*Exhibit 5        pg 2*

Elan Financial Services
PO Box 6361
Fargo, ND 58125-6361

October 1, 2024

REF: 20242627094148



000012040 TUSB01DD100124019851 01 00000000 011330 003

Lensendro Laguerre
26 Broad St # 4
Norwalk, CT 06851



Dear Lensendro Laguerre,

We are writing to you about your application for a Rewards Credit Card account.

Unfortunately, we cannot approve you at this time.

We reviewed your request using a scoring system that assigns points based on the pattern of usage for your account. Your account did not score enough points in the following factors:

- serious delinquency
- ratio of balances to credit limits on revolving accounts is too high
- number of accounts with delinquency

**Please see the back of this letter for the Consumer Reporting Agency information relevant to our decision.**

Thank you for your interest.

Sincerely,

*Cardmember Service*
800-764-9640 (toll free)

The creditor and issuer of this card is Elan Financial Services.



**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program / or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection (CFPB), 1700 G Street NW, Washington DC 20552.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

CAT-41682490

20242627094148

Form #ACAPSLS CADCFS v0

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

TransUnion, PO Box 1000, Chester, PA, 19022, 800-888-4213, transunion.com/credit-score

The consumer reporting agency did not make the decision and is unable to share the reasons why the action was taken. Under the Fair Credit Reporting Act, you have the right to:

- Know the information contained in your credit file.
- Obtain a free copy of your consumer report from the reporting agency, if you request it no later than 60 days after you receive this notice.
- File a dispute with the reporting agency if you find that information contained in your report is inaccurate or incomplete.

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. We used a credit score provided by TransUnion in this decision: the TransUnion FICO SCORE 10, which ranges from 300 to 850. On 09/18/2024, your credit score was 505 based on the information in your credit report. The key factors that impacted your credit score were:

- *Serious delinquency*
- *Ratio of balances to credit limits on revolving accounts is too high*
- *Number of accounts with delinquency*
- *Too few accounts currently paid as agreed*
- *Number of recent inquiries on consumer report*

If you have any questions regarding your credit score, you should contact TransUnion at the address above.

We would like to take this opportunity to refer you to our suite of Elan Secured credit cards. With a Secured credit card, you will enjoy the benefits and convenience of a traditional credit card while establishing or rebuilding your credit[1]. With your application, open a secured savings account and the deposit amount is your credit line. Upon approval, make purchases just like you would with any other credit card anywhere Visa and Mastercard are accepted. With on-time payments and responsible use of your secured credit card you are building better credit for the future. We've included an application here to get you started. Apply now and be one step closer to enjoying your Secured credit card![2]

[1] Your secured card application and any future upgrade to an unsecured card are not guaranteed; Late payments or going over the credit limit may damage your credit history.

[2] By submitting an application, we may request consumer credit reports about you for evaluating this application to provide credit approval.

Elan Financial Services
PO Box 6361
Fargo, ND 58125-6361

*Exhibit 7 pg 1*

October 1, 2024

REF: 20242627100056

*Laguerre Lensendro*

000014868 TUSB01DD100124019851 01 00000000 002264 003

Lensendro Laguerre
26 Broad St # Apt 4
Norwalk, CT 06851-6185

Dear Lensendro Laguerre,

We are writing to you about your application for a Platinum Credit Card account.

Unfortunately, we cannot approve you at this time.

We reviewed your request using a scoring system that assigns points based on the pattern of usage for your account. Your account did not score enough points in the following factors:

- serious delinquency
- ratio of balances to credit limits on revolving accounts is too high
- number of accounts with delinquency

**Please see the back of this letter for the Consumer Reporting Agency information relevant to our decision.**

Thank you for your interest.

Sincerely,

Cardmember Service
800-364-9648 (toll-free)

The creditor and issuer of this card is Elan Financial Services.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program / or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection (CFPB), 1700 G Street NW, Washington DC 20552.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

CAT-41682490                              20242627100056                              Form #ACAPSLS CADCFS v0

Exhibit 7 Pg 2

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

TransUnion, PO Box 1000, Chester, PA, 19022, 800-888-4213, transunion.com/credit-score

The consumer reporting agency did not make the decision and is unable to share the reasons why the action was taken. Under the Fair Credit Reporting Act, you have the right to:

- Know the information contained in your credit file.
- Obtain a free copy of your consumer report from the reporting agency, if you request it no later than 60 days after you receive this notice.
- File a dispute with the reporting agency if you find that information contained in your report is inaccurate or incomplete.

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. We used a credit score provided by TransUnion in this decision: the TransUnion FICO SCORE 10, which ranges from 300 to 850. On 09/18/2024, your credit score was 505 based on the information in your credit report. The key factors that impacted your credit score were:

- Serious delinquency
- Ratio of balances to credit limits on revolving accounts is too high
- Number of accounts with delinquency
- Too few accounts currently paid as agreed
- Number of recent inquiries on consumer report

If you have any questions regarding your credit score, you should contact TransUnion at the address above.

We would like to take this opportunity to refer you to our suite of Elan Secured credit cards. With a Secured credit card, you will enjoy the benefits and convenience of a traditional credit card while establishing or rebuilding your credit[1]. With your application, open a secured savings account and the deposit amount is your credit line. Upon approval, make purchases just like you would with any other credit card anywhere Visa and Mastercard are accepted. With on-time payments and responsible use of your secured credit card you are building better credit for the future. We've included an application here to get you started. Apply now and be one step closer to enjoying your Secured credit card![2]

[1] Your secured card application and any future upgrade to an unsecured card are not guaranteed; Late payments or going over the credit limit may damage your credit history.

[2] By submitting an application, we may request consumer credit reports about you for evaluating this application to provide credit approval.

00014868 20650 0001-0003 DUSB01DD100124019851 00 L 00002264 STNDSOME

Elan Financial Services
PO Box 6361
Fargo, ND  58125-6361

*Exhibit 8 pg 1*

October 1, 2024

REF: 20242625100555

*Laguerre Lensendro*



000012790 TUSB01DD100124019851 01 00000000 012790 003

Lensendro Laguerre
28 Broad St # 4
Norwalk, CT  06851

Dear Lensendro Laguerre,

We are writing to you about your application for a Platinum Credit Card account.

Unfortunately, we cannot approve you at this time.

We reviewed your request using a scoring system that assigns points based on the pattern of usage for your account. Your account did not score enough points in the following factors:

- serious delinquency
- ratio of balances to credit limits on revolving accounts is too high
- number of accounts with delinquency

**Please see the back of this letter for the Consumer Reporting Agency information relevant to our decision.**

Thank you for your interest.

Sincerely,

Cardmember Service
800-364-9648 (toll-free)

The creditor and issuer of this card is Elan Financial Services.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program / or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection (CFPB), 1700 G Street NW, Washington DC 20552.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

CAT-41682490                                20242625100555                          Form #ACAPSLS CADCFS v0

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

TransUnion, PO Box 1000, Chester, PA, 19022, 800-888-4213, transunion.com/credit-score

The consumer reporting agency did not make the decision and is unable to share the reasons why the action was taken. Under the Fair Credit Reporting Act, you have the right to:

- Know the information contained in your credit file.
- Obtain a free copy of your consumer report from the reporting agency, if you request it no later than 60 days after you receive this notice.
- File a dispute with the reporting agency if you find that information contained in your report is innacurate or incomplete.

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. We used a credit score provided by TransUnion in this decision: the TransUnion FICO SCORE 10, which ranges from 300 to 850. On 09/18/2024, your credit score was 505 based on the information in your credit report. The key factors that impacted your credit score were:

- Serious delinquency
- Ratio of balances to credit limits on revolving accounts is too high
- Number of accounts with delinquency
- Too few accounts currently paid as agreed
- Number of recent inquiries on consumer report

If you have any questions regarding your credit score, you should contact TransUnion at the address above.

We would like to take this opportunity to refer you to our suite of Elan Secured credit cards. With a Secured credit card, you will enjoy the benefits and convenience of a traditional credit card while establishing or rebuilding your credit[1]. With your application, open a secured savings account and the deposit amount is your credit line. Upon approval, make purchases just like you would with any other credit card anywhere Visa and Mastercard are accepted. With on-time payments and responsible use of your secured credit card you are building better credit for the future. We've included an application here to get you started. Apply now and be one step closer to enjoying your Secured credit card![2]

[1] Your secured card application and any future upgrade to an unsecured card are not guaranteed; Late payments or going over the credit limit may damage your credit history.

[2] By submitting an application, we may request consumer credit reports about you for evaluating this application to provide credit approval.

Elan Financial Services
PO Box 6361
Fargo, ND 58125-6361

November 8, 2024

REF: 20243019090611

*Exhibit 9  pg 1
Laguerre Lensendro*

000005117 TUSB01DD110824024159 01 00000000 005117 001

N/a
Lensendro Laguerre
26 Broad St # 4
Norwalk, CT 06851

Dear Lensendro Laguerre,

We are writing to you about your application for a Business Credit Card account.

Unfortunately, we cannot approve you at this time.

We reviewed your request using a scoring system that assigns points based on the pattern of usage for your account. Your account did not score enough points in the following factors:

- Serious delinquency
- Ratio of balances to credit limits on revolving accounts is too high
- Number of accounts with delinquency

**Please see the back of this letter for the Consumer Reporting Agency information relevant to our decision.**

Thank you for your interest.

Sincerely,

Cardmember Service
800-364-9648 (toll-free)

The creditor and issuer of this card is Elan Financial Services.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program / or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection (CFPB), 1700 G Street NW, Washington DC 20552.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

CAT-41682490                          20243019090611                          Form #ACAPSLS CADCF v0

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

TransUnion, PO Box 1000, Chester, PA, 19022, 800-888-4213, transunion.com/credit-score

The consumer reporting agency did not make the decision and is unable to share the reasons why the action was taken. Under the Fair Credit Reporting Act, you have the right to:

- Know the information contained in your credit file.
- Obtain a free copy of your consumer report from the reporting agency, if you request it no later than 60 days after you receive this notice.
- File a dispute with the reporting agency if you find that information contained in your report is innacurate or incomplete.

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. We used a credit score provided by TransUnion in this decision: the TransUnion FICO SCORE 10, which ranges from 300 to 850. On 10/27/2024, your credit score was 503 based on the information in your credit report. The key factors that impacted your credit score were:

- *Serious delinquency*
- Ratio of balances to credit limits on revolving accounts is too high
- Number of accounts with delinquency
- Too few accounts currently paid as agreed
- Number of recent inquiries on consumer report

If you have any questions regarding your credit score, you should contact TransUnion at the address above.

Exhibit 9 pg 2