UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT



Laguerre Lensendro

                                      Case No.: 3:25-cv-00128-AWT

v.

TransUnion LLC

## MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)

To the Honorable Judge Alvin W. Thompson:

Laguerre Lensendro, plaintiff in this case respectfully ask the Court to grant me relief under Rule 60(b)(1) and Rule 60(b)(6) of the Federal Rules of Civil Procedure from the order entered on May 22, 2025, which closed this case after I did not file an amended complaint.

I am a pro se litigant with no formal legal training, and I have done my best throughout these proceedings to follow the rules and present my case correctly. I understand that the Court's order of April 14, 2025, dismissed my original complaint with leave to amend within thirty days. I did not file an amended complaint by that deadline but I have filed an objection.

The reason I filed an objection instead of an amended complaint is because I genuinely believed that the Court's dismissal was improper. I did not believe there was anything wrong with the substance of my complaint, so I did not amend it. Instead, I have chosen to challenge the dismissal itself.

It is now clear to me that the Court's order closed the case without a formal dismissal with prejudice, and that this prevented the filing of a proper appeal. I am asking the Court to accept my objection to the dismissal as a valid filing under Rule 60(b), based on my confusion and misunderstanding of the legal process.

I also want to make clear that I have long struggled with managing legal responsibilities and meeting deadlines as a person of color my difficulties in processing legal material, tracking time, and completing filings are part of my lived experience, and I do not say such to humor. I often have to read things multiple times to understand them. I was also spending a great deal of time researching the law, reading cases and doing my best to draft a meaningful objection. That time and focus caused me to lose track of the deadline entirely.

I did not ignore the Court's order. I did not abandon my case. I acted to preserve it, though I misunderstood how to do so properly. Because of this, I now respectfully ask the Court to reopen the case under Rule 60(b) and accept my objection

I am asking the Court to recognize that I did not try to delay the process or undermine its authority. I simply made a mistake.

Respectfully submitted,

Laguerre Lensendro

26 Broad Street, Apt. 4

Norwalk, CT 06851

*Laguerre Lensendro*

6/12/2025